UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Bryan Anthony Reo, | ) | CASE NO.: 1:21 CV1809 |
| | ) | |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| Plaintiff(s) | ) | |
| | ) | |
| vs. | ) | **NOTICE OF CASE MANAGEMENT** |
| | ) | **CONFERENCE** |
| | ) | |
| Martin Lindstedt, | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

All counsel and/or parties will take notice that the above-entitled action has been set for a Case Management Conference ("CMC") on **November 12, 2021 at 9:30 a.m.** before Judge Patricia A. Gaughan.  United States District Court Local Rule Section 16 will apply to this case.  **The conference will be held by telephone with the court initiating the call.**

The parties shall meet prior to the CMC to discuss the case and prepare the proposed discovery plan pursuant to Fed. R. Civ. P. 26 (f).  The parties shall, within 10 days after the meeting, provide the basic information to the other parties specified by Fed. R. Civ. P. 26 (a) (1) (initial disclosures).  A Report of Parties' Planning Meeting (see attached form), shall be filed with the Court at least three work days prior to the CMC.

Unless otherwise ordered by the Court, initial disclosures, discovery depositions, interrogatories, requests for documents, request for admissions, and answers and responses thereto shall not be filed with the Clerk's Office, except that discovery materials may be filed as evidence in

support of a motion or for use at trial.

It is the responsibility of counsel for the plaintiff (s) to verify that a copy of this Order has been received by counsel for defendant (s) or, if no counsel has entered an appearance for defendant (s), has been received by defendant(s).

During the course of litigation, any questions or concerns regarding any aspect of this case should be directed (216) 357-7210.

IT IS SO ORDERED.

/s/Patricia A. Gaughan
PATRICIA A. GAUGHAN
UNITED STATES DISTRICT JUDGE
CHIEF JUDGE

Date: October 7, 2021

**ATTACHMENT 1**

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF OHIO

| | | |
|---|---|---|
| Bryan Anthony Reo, | ) | CASE NO.: 1:21 CV1809 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | **REPORT OF PARTIES' PLANNING** |
| Martin Lindstedt, | ) | **MEETING UNDER FED. R. CIV.P.** |
| | ) | **26F), L.R.16.3 (b)(3) AND LPR 2.1** |
| | ) | |
| Defendant (s). | ) | |

1. Pursuant to Fed. R. Civ. P. 26 (f) and L.R. 16.3 (b), a meeting was held on

   _____, 202\_\_\_\_, and was attended by:

   _____ Counsel for plaintiff (s) _____

   _____ Counsel for plaintiff (s) _____

   _____ Counsel for defendant(s) _____

   _____ Counsel for defendant(s) _____

2. The parties:

   _____ have exchanged the pre-discovery disclosures required by Rule 26 (a) (1)

   _____ will exchange such disclosures by _____ , 202\_\_\_\_

   _____ have not been required to make initial disclosures.

3. The parties recommend the following track:

　　_____ Expedited　　　　　_____ Standard　　　　　_____ Complex

　　_____ Administrative　　　　_____ Mass Tort

4. This case is automatically designated as suitable for Electronic Case Filing (ECF).  Is there any reason that the designation should change to "not suitable for ECF"? _____

_____

5. Choose one of the following:

　　_____ This case **is** suitable **now** for **ADR** or _____ (insert an alternative ADR)**.**

or,

　　_____ Case **is not** suitable for ADR at this time.

or,

　　_____ Case **is not** suitable for ADR at any time.

6. The parties _____ do/ _____ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S. C.§ 636 (c).

7. Federal jurisdiction is based upon _____

_____

8. Recommended Discovery Plan:

　　　　a) Describe the claims & defenses on which discovery is to be sought and the nature and extent of discovery.

_____

_____

_____

_____

  b)  Non-Expert discovery deadline: _____

  c)  If applicable, set forth the issues that will be addressed by experts and provide proposed deadlines: _____

_____

_____

    Expert report for the party with the burden of proof deadline: _____

    Rebuttal expert report deadline: _____

    Expert discovery cut-off deadline: _____

9. The pleadings shall be amended **without** leave of Court on or before: _____.

10. Recommended dispositive motion date: _____.

11. Recommended date for a Status Conference _____ or Settlement Conference _____.

12. Other matters for the attention of the Court: _____

_____

_____

    Attorney for Plaintiff (s) _____

    Attorney for Plaintiff (s) _____

    Attorney for Plaintiff (s) _____

    Attorney for Defendant(s) _____

    Attorney for Defendant(s) _____

    Attorney for Defendant(s) _____

Revised 5/01/20