FILED

JAN 21 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRYAN ANTHONY REO, et. al., | Case No. 1:21-CV-1809-PAG |
| Plaintiff(s) / Counter-Defendants, | Judge Patricia A. Gaughan |
| v. | |
| MARTIN LINDSTEDT, PASTOR, THE CHURCH OF JESUS CHRIST CHRISTIAN / ARYAN NATIONS OF MISSOURI, | FRCivP RULE 12 – Motion to Dismiss this latest Bryan Reo litigation Request for Additional Time to File Answer & Counterclaim if case not Dismissed; Request for Electronic Filing due to Defendant's poverty |
| Defendant(s) / Counter-Claimants. | |

## DEFENDANTS' FRCP RULE 12 MOTION TO DISMISS, REQUEST FOR ADDITIONAL TIME TO FILE ANSWER & COUNTERCLAIM AGAINST BRYAN REO AND REO LITIGANTS AND GOVERNMENT UNITS, REQUEST FOR ELECTRONIC FILING DUE TO PASTOR LINDSTEDT POVERTY ARISING FROM BRYAN REO ENDLESS CIVIL LAWFARE

COMES NOW the this case's Defendant Pastor Martin Lindstedt (hereafter in person described as "Pastor Lindstedt) of the Church of Jesus Christ Christian / Aryan Nations of Missouri (hereafter described as Pastor Lindstedt's Aryan Nations Church) to make a Federal Rule of Civil Procedure (henceforth FRCivP) Rule 12 Motion for this latest in Plaintiff Bryan Reo's longtime antifa civil lawfare, to request additional time to file a more complete answer & Counter-Claim against Bryan Reo and sundry other Reo litigants and the governmental organizations using Reo and Friends and family as state-sponsored civil lawfare litigants against Pastor Lindstedt and his Aryan Nations Church, to notify this Court that due to this process it is impossible to have a Case Management session on 28 July, 2022, and due to Pastor Lindstedt's poverty caused by unrelenting Bryan Reo lawfare (25+ cases since April 2014) for electronic

1

filing due to Pastor Lindstedt not having the money to pay for postage for all of the case filings which accompanies all of this Bryan Reo litigation in Ohio, South Dakota, and Missouri.

## F.R.Civ.P. Rule 12 Motion

Pastor Lindstedt denies that this Ohio federal court – or any state or federal court – has F.R.Civ.P. Rule 12(b) subject-matter and personal jurisdiction in that contrary to Bryan Reo's claims since April 2014 that Bryan Reo is NOT a private individual but rather a well-known public individual and a known state and federal agent provocateur. Also since Bryan Reo fails to state how or why he has been damaged in any way for 75 cents much less $75,000 or the $750,000 asked for, there is no diversity of citizenship actions. Also since Bryan Reo's civil complaint served on 31 Dec. 2021 is full of lies as to what was said at a Lake County Ohio jury trial over this exact same matter held on 24-26 June 2019, and without a link to the alleged recording on Sept. 28, 2020 on Pastor Lindstedt's Aryan Nations web page. Bryan Reo merely fills out the blanks on all his federal lawsuits in the Ohio federal court since April 2014 all of which have had to be dismissed because Bryan Reo refuses to compute damages or are under appeal presently. Bryan Reo merely is seeking a new lawsuit over what was allegedly already settled back in 2019 – but currently under appeal before the U.S.. Supreme Court Docket 21-6219. All Bryan Reo's claims are nothing but Bryan Reo's paranoid delusions based upon the fact that after the North Perry Nuclear Power Plant had a set of accidents in 2012 that Bryan Reo was given "due diligence" and it was found out that Bryan Reo was a homosexual mongrel agent provocateur formerly known as "SwordBrethren = Bryan Reo" and then fired. Pastor Lindstedt found out about this TV-5 News from a Cleveland TV-station in Feb 2016 and since 13 June 2016 the Aryan Nations has advocated "chernobyling" the North Perry Nuclear Power Plant given that it is a strategic target in an area of the ZOGland that needs destruction if racial and

religious white supremacist petty local warlord states are to survive. Pastor Lindstedt himself served in C Battery, 2d Battallion 42nd Field Artillery (Lance) which was a tactical nuclear missile unit from 1981-83 and realizes that Bryan Reo, even though Reo is evil and messed up in the head probably cannot sabotage a nuclear reactor any more than Pastor Lindstedt back then could reprogram a nuke. However the fact of Bryan Reo being able to work there means that the operators are incompetent running an old ailing nuclear power plant and as Reo himself said in the TV spot, didn't care overmuch for safety. Reo was fired and blacklisted from being a nuclear technician and sued Hirum Reppert 13CV002707 in Lake County, Ohio for kicking Reo out of the technicians program, case dismissed. Pastor Lindstedt commented about the matter: http://whitenationalist.org/forum/showthread.php?p=14500#post14500

Insofar as Bryan Reo claiming a recording from 28 Sept. 2020 repeats Bryan Reo claims made already, Pastor Lindstedt cannot find that show. Perhaps Bryan Reo has downloaded it off of an unprotected file-server but that scarcely makes it public. This is a mere excuse for Reo litigation after Reo made an extortionary offer against Pastor Lindstedt and his sister to settle.

Reo has been an agent provocateur against the white supremacist movement since 2002. In late Oct. 2010 Pastor Lindstedt found out that "SwordBrethren" was actually Bryan Reo and Reo asked for an arrangement that Pastor Lindstedt wouldn't publish any new Bryan Reo material if Bryan Reo would leave the Movement and not come back which Bryan Reo kept from 1-4 Nov. 2010 until 5 Nov. 2010 when Bryan Reo republished another jew named Eli James article on Bill Finck's christogenea "SwordBrethren Blog" Rabbi Lindstench: Race Traitor or jew?" calling Pastor Lindstedt a child molester 20+ times and a convicted one at that 9 times. Then Bryan Reo took down a dozen Aryan Nations and allied web pages both in the US and foreign until L:indstedt found an actual free-speech ISP. Sometime in late 2013 Attorney

Robert Konrad, an antifa lawyer formerly working for the Ollinger Law Firm stole Pastor Lindstedt's sister's confidential legal documents and notified Bryan Reo that Pastor Lindstedt had a South Dakota inheritance to steal under color of law and so Bryan Reo again took down its web pages and sued Pastor Lindstedt in April 2014 under the Digital Millennium Copyright Act for $10.75 million which was removed to Western Missouri then dismissed when Bryan Reo could prove any damages. Bryan Reo then moved the case to Lake County and before a lynch mob of negros and liberals won a judgment against Pastor Lindstedt & his Aryan Nations Church. However, if Bryan Reo had kept the deal he begged for and broke and left off ZOGbotting instead of continuing then Pastor Lindstedt would have stopped talking about Reo and Reo would have no damages whatsoever.

As it is, now Pastor Lindstedt has a claim to lawfully chernobyling the North Perry Nuclear Power Plant and in destroying the Oahe Dam in South Dakota to flush Pierre the state capitol away and exterminating the government of Northeastern Ohio and South Dakota in the name of a Racial Holy War and thus giving permission to all manner of nut like what happened last April 2021 in Lake County to try. The Declaration of Independence gives lawful permission for revolt against tyranny, and this Bryan Reo civil lawfare leads to lawful civil warfare.

Thus this Court should dismiss this Bryan Reo civil lawfare on the ground of a lack of jurisdiction over Pastor Lindstedt and his Aryan Nations Church 900 miles away and because Bryan Reo has no real case upon which this matter should proceed.

**If this Case proceeds, asking that this Court give additional time to respond in full**

, Pastor Lindstedt requests additional time – 30 days after or if this Court decides to deny this FRCivP Rule 12 Motion -- to file a more complete Answer & Counter-Claim against Bryan Reo and sundry other Reo litigants and the governmental organizations using Reo and Friends

4

and family as state-sponsored civil lawfare litigants against Pastor Lindstedt and his Aryan Nations Church. Therefore there is no possibility of Pastor Lindstedt being able to make a Jan. 28, 2022 Conference with Judge Gaughin with Bryan Reo and the other Reo family, friends and fellow ZOGbots. Pastor Lindstedt is really low on funds due to this unending Reo civil lawfare, so Pastor Lindstedt requests the benefit of electronic filing so as to avoid the time and expense of postage..

The New 16 Words of the Church of Jesus Christ Christian / Aryan Nations of Missouri:

*We must chernobylize the North Perry Nuclear Power Plant and exterminate and sterilize North East Ohio.*

Hail Victory!!!

/s/. Pastor Martin Lindstedt
Defendant, First Servant of YHWH's Servant Nation of Aryan Christian Israel
Pastor, Church of Jesus Christ Christian/Aryan Nations of Missouri
338 Rabbit Track Road
Granby Missouri 64844
(P): (417) 472-6901, (E): pastorlindstedt@gmail.com

## Certificate of Service

I, Pastor Martin Lindstedt do hereby certify that a true and genuine copy of the foregoing Rule 12 Motion was mailed on Saturday 15 Jan. 2022 to this U.S. District Court at Clerk, U.S. District Court, Carl B. Stokes U.S Courthouse, 801 West Superior Avenue, Cleveland Ohio 44113-1830.

Plaintiff Bryan Reo, 7724 Tea Rose Drive, P.O. Box 5100, Mentor Ohio 44061 was mailed a paper copy 15 Jan. 2022 as well.