ATTACHMENT 1

UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF OHIO EASTERN DIVISION

|  |  |  |
|---|---|---|
| Plaintiff(s), | ) ) ) ) ) ) ) ) ) ) ) | CASE NO. <br><br> JUDGE BRIDGET M. BRENNAN <br><br> **REPORT OF PARTIES' PLANNING MEETING UNDER FED. R. CIV. P. 26(f) AND LR 16.3(b)(3)** |
| v. |  |  |
| Defendant(s). |  |  |

1. Pursuant to Fed. R. Civ. P. 26(f) and LR 16.3(b)(3), a meeting was held on _____, and was attended by:

   _____counsel for plaintiff(s) _____

   _____counsel for plaintiff(s) _____

   _____counsel for defendant(s) _____

   _____counsel for defendant(s) _____

2. The parties:

   \_\_\_\_\_ have exchanged the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1)

or

_____ have not been required to make initial disclosures.

3. The parties recommend the following track:

_____Expedited    _____Standard    _____Complex

_____Administrative    _____Mass Tort

4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

_____Early Neutral Evaluation    _____Mediation    _____Arbitration

_____Summary Jury Trial    _____Summary Bench Trial

_____Case not suitable for ADR    _____Case not suitable for ADR now, but may be after discovery

5. The parties ____do/____do not consent to the jurisdiction of the United Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. The Parties: **(indicate one):**

_____agree that there will be no discovery of electronically-stored information;

_____have agreed to a method for conducting discovery of electronically-stored information;

or

_____have agreed to follow the default standard for discovery of electronically-stored information (Appendix K to Northern District of Ohio Local Rules).

7. The parties have discussed whether the Court should enter a protective order to facilitate discovery:

           \_\_\_\_ Yes            \_\_\_\_ No

The parties believe the Court should enter a protective order in this case:

\_\_\_ Yes

\_\_\_ No

\_\_\_ Not at this time, but possibly later

\_\_\_ The parties disagree

If yes, the parties agree to follow the form protective order found in Appendix L to the Local Rules:

           \_\_\_\_ Yes            \_\_\_\_ No

If not, please explain what variations to the form protective order found in Appendix L are needed:

8. Recommended Discovery Plan:

    (a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

_____

_____

_____

_____

       (b) Discovery cut-off date:_____

9.     Recommended cut-off date for amending the pleadings and/or adding additional parties:_____

10.    Recommended expert discovery date:_____

       Expert report(s) by party initially seeking to introduce expert testimony recommended due date:_____

       Responsive expert report(s) due date:_____

11.    Recommended dispositive motion date:_____

12.    Recommended date for Status Hearing:_____

13.    Recommended date for Settlement Conference:_____

14.    Other matters for the attention of the Court:

_____

_____

_____

Attorney for Plaintiff(s)_____

_____

Attorney for Plaintiff(s)_____

_____

Attorney for Defendant(s)_____

_____

Attorney for Defendant(s)_____

_____