IN THE SUPREME COURT

OF THE

STATE OF SOUTH DAKOTA

* * * *

| | |
|---|---|
| BRYAN ANTHONY REO,<br>    Plaintiff and Appellee,<br><br>vs.<br><br>MARTIN LINDSTEDT<br>    Defendant and Appellant,<br><br>and<br><br>SUSAN APRIL BESSMAN, as<br>Trustee of the Susan April<br>Bessman Revocable Living Trust,<br>    Defendant and Appellee. | ORDER DENYING APPELLANT'S<br>MOTION FOR EXTENSION OF TIME<br>TO SERVE AND FILE APPELLANT'S<br>BRIEF, DISMISSING THE APPEAL,<br>STRIKING APPELLANT'S FILINGS,<br>AND IMPOSING A SANCTION<br><br>#29890 |

Appellant having served and filed a motion for an extension of time for service and filing of Appellant's brief, and Appellee Bryan Reo having served and filed an objection, and the Court having considered the motion and objection and accompanying documents filed, and the Court having taken notice of the offensive, abusive, malicious, insolent, and scandalous language in Appellant's documents, his contempt of the legal system, and his threats to the parties, lawyers, and the courts, and it being the inherent responsibility of this Court to maintain the integrity of the judicial system and to prevent abuse of legal process, now therefore, it is

#29890, Order

ORDERED that, Appellant having failed to establish good cause therefore, the motion for an extension of time for service and filing of Appellant's brief is hereby DENIED.

IT IS FURTHER ORDERED that, no appellant's brief having been served and filed, and the Court having determined that the appeal has been abandoned, it is hereby DISMISSED.

IT IS FURTHER ORDERED that Appellant's notice of appeal and subsequently filed documents in this matter are STRICKEN, that they are hereby declared null and void and of no force or effect whatever, and that they are subject to no further consideration by this Court.

IT IS FURTHER ORDERED that, Appellant having so abused the legal system, the following SANCTION is imposed:

> Effective immediately, the Clerk of this Court and is directed to decline to accept ANY filing by or on behalf of Martin Lindstedt and to return un-filed any papers that he may attempt to file, either directly or indirectly (as by mail to individual judges), except the following:
>
>> Papers in any civil or criminal action in which Mr. Lindstedt may be named as a party, including any application for habeas corpus that he may wish to file, if the papers are completed by counsel acting on Mr. Lindstedt's behalf or if the papers are approved by a court with jurisdiction over the case as procedurally appropriate and grounded in fact and/or in law.

#29890, Order

DATED at Pierre, South Dakota, this 11th day of April, 2022.

BY THE COURT:

ATTEST:

_____
Steven R. Jensen, Chief Justice

_____
Clerk of the Supreme Court
(SEAL)

PARTICIPATING: Chief Justice Steven R. Jensen and Justices Janine M. Kern, Mark E. Salter, Patricia J. DeVaney and Scott P. Myren.

SUPREME COURT
STATE OF SOUTH DAKOTA
FILED

APR 11 2022

Clerk