**Prepared By:**

Robert Konrad
Konrad Law, Prof. LLC
1110 E. Sioux Ave
Pierre, SD 57501
605-494-3004

| STATE OF SOUTH DAKOTA | ) | IN CIRCUIT COURT |
| --- | --- | --- |
| | )SS | |
| COUNTY OF STANLEY | ) | SIXTH JUDICIAL CIRCUIT |
| | | STANLEY COUNTY FILE NUMBERS: |
| BRYAN ANTHONY REO, | ) | 58CIV21-24 |
| | ) | 58CIV21-16 |
| Plaintiff, | ) | 58CIV21-40 |
| | ) | 58CIV19-35 |
| VS. | ) | 58CIV22-16 |
| | ) | |
| MARTIN LINDSTEDT, | ) | CERTIFICATE OF SHERIFF SALE |
| | ) | |
| Defendant. | ) | |

COMES NOW, Brad Rathbun, Stanley County Sheriff, and does hereby provide the following CERTIFICATE OF SHERIFF SALE as required by SDCL 15-19-19:

A duly noticed and properly held sheriff sale was conducted on May 26, 2022 at the hour of 1:00 PM Central Standard Time on the front steps (south door) of the Stanley County Courthouse. Pursuant to Writs of Executions provided to the undersigned and filed in the above-captioned files, the following described Stanley County real property was sold at public auction:

**Township 7 North, Range 26 East of the Black Hills Meridian, Stanley County, South Dakota:**

1

**Section 34:**
    That portion of the NE1/4NE1/4 lying in the South and West of the Highway Right of Way;
    SE 1/4NE1/4, NE1/4SE1/4.

**Section 35:**
    That portion of the NW1/4, SW1/4, SE1/4, lying South and West of the Highway Right-of-way; and

**Township 6 North, Range 26 East of the Black Hills Meridian, Stanley County, South Dakota:**

**Section 2:**
    Lots 1,2,3,4, S1/2N1/2, S1/2 (all);

**Section 11:**
    NW1/4, NE1/4, SE1/4;

**Section 14:**
    NW1/4, N1/2SE1/4

The real property was first offered to the bidding public in nineteen (19) separate and distinct real parcels. The aggregate amount of the bids for each parcel was $7,000.00. Parcel four (4) (legally defined as that portion of the NW 1/4 lying South and West of the Highway Right-of-way, Section 34, Township 7 North, Range 26 East) received a high bid of $2,000.00. Parcel seven (7) (legally defended as Lot 1 in the NE 1/4 of Section 6, Township 6 North, Range 26 East) received a high bid of $5,000.00. The remaining seventeen (17) parcels did not receive bids after being offered individually for sale.

The real property was then offered to the bidding public in one collective lot, and the highest bid received was placed by Bryan Anthony Reo in the amount of $2,919,589.04. As a result of this high bid, the sale on the entire lot was approved and accepted.

This property is sold at sheriff sale subject to redemption, and the real property sold may be redeemed pursuant to SDCL 15-19-23 with one year after the sale date of May 26, 2022.

The name and address of the high bidder and purchaser at sheriff sale is:

Bryan Reo
c/o Konrad Law, Prof. LLC
Robert T. Konrad, Attorney at Law
1110 E. Sioux Ave.
Pierre, SD 57501
(605)-494-3004 - office
(605)-494-3005 - fax

Dated this 26th day of May, 2022

Brad Rathbun
Stanley County Sheriff
08 East 2nd Ave.
PO Box 818
Fort Pierre, SD 57532
605-223-7794

State of South Dakota )
                      :SS
County of Stanley     )

On this the 26 day of May, 2022, before me, the undersigned officer, personally appeared Brad Rathbun, Stanley County Sheriff, known to me or satisfactorily proven to be the person described in the foregoing instrument and acknowledged that he executed the same in the capacity therein stated for the purposes therein contained.

In Witness Whereof, I hereunto set my hand in official seal.

Notary Public - State of South Dakota

My Commission Expires: March 2, 2026

(SEAL)

3