| | | |
|---|---|---|
| **STATE OF SOUTH DAKOTA** | ) | **IN CIRCUIT COURT** |
| | ) SS | |
| **COUNTY OF STANLEY** | ) | **SIXTH JUDICIAL CIRCUIT** |

---

| | |
|---|---|
| **BRYAN ANTHONY REO,** | **58CIV 20-07-Fraudulent Transfer** |
| | **S.D. Supreme Court # 29890 Outlawry** |
| Plaintiff, | **Pre-Mature Executions pending Appeal** |
| | **58CIV19-35 (Lindstedt & Aryan Nations** |
| | **58CIV 21-16, 21-24, 21-40, & 22-16** |
| vs. | PASTOR LINDSTEDT'S & ARYAN |
| | NATIONS MOTIONS UNDER |
| **MARTIN LINDSTEDT, PASTOR ,** | COLOR OF SDC 15-18-1 REGARDING: |
| **THE CHURCH OF JESUS CHRIST** | JUDGE BRIDGET MAYER'S IMPROPER |
| **CHRISTIAN / ARYAN NATIONS OF** | **WRITS OF EXECUTION** SIGNED |
| **MISSOURI,** | WHILE ALL OF THESE JUDGMENTS |
| Defendant(s)/Counter-Claimants. | ARE STILL UNDER APPEAL |

COMES NOW the current Defendant Pastor Martin Lindstedt (hereafter in person described as "Pastor Lindstedt) OF THE Church of Jesus Christ Christian / Aryan Nations of Missouri (hereafter described as Pastor Lindstedt's Church)  to make written objections regarding Judge Bridget Mayer's unlawful, tyrannical and corrupt signing of writs of execution done in collusion with antifa lawyer Robert Konrad and long-time state and federal agent provocateur Bryan Reo to have a sheriff's sale by Stanley County Sheriff Brad Rathbun on 26th May 2022 of Pastor Lindstedt's inheritance of 1800+ acres to satisfy $2.75 million in excessive mythical compensatory and punitive damages violative of not only the 1st Amendment, but the 7th Amendment jury trial promises and 8th Amendment claims of "no excessive fines or judgments" summarily imposed. Judge Bridget Mayer in her July 31, 2020 Memorandum Decision said that no execution against Pastor Lindstedt and Aryan Nations property would take place "until the Ohio court matters are resolved, and this matter is concluded." Page 3, Decision. However due to the South Dakota Supreme Court sanctioning Pastor Lindstedt and his Aryan

1

Nations Church with what in effect is a Sanction of Outlawry and a "Lawyer's Proscription" given Lindstedt's overt contempt for these corrupt courts, rubber-stamping Bryan Reo's /Robert Konrad's blackmail of Pastor Lindstedt's sister, Judge Mayer acceded to state-sponsored civil-lawfare piracy and signed the "foreign judgments" of Bryan Reo in 58CIV 19-35 (Reo v. Lindstedt, Aryan Nations in Lake County Ohio before a lynch-mob jury) which did go to Ohio courts and before the U.S, Supreme Court. But also 58CIV21-16 for $1 million by negro-jew judge Solomon Oliver, 58CIV21-24 before crazy Judge John Adams (for being told that Bryan Reo's father wouldn't show up to the Lake County trial so Pastor Lindstedt thought what turned out to be Reo's father was yet another of Reo's mongrel homosexual lovers). Both these matters have been fully briefed and are awaiting judgment by the 6th Circuit Court of Appeals. Regardless of how these decisions go, Pastor Lindstedt intends to quantrillize and chernobylize NorthEastern Ohio via their North Perry Nuclear Power Plant (NPNPP) for dragging himself and his Aryan Nations Church to face bogus civil-lawfare litigation for being an unrepentant white supremacist and Dual-Seedline Christian Identity (DSCI) pastor. The only way to get their attention is to kill a couple million of them and to enslave the few survivors and leave them with a radioactive memorial for the next 100,000 years as to the dangers of a corrupt pseudo-republican form of government and letting lawyers, mongrels. Perverts & whiggers run wild.

Likewise with 58CIV21-40 for $750,000. As of today Bryan Reo has had to submit three Appellee Briefs explaining how he is entitled to $750,000 because he was made fun of by Pastor Lindstedt for being a "mamzer faggot ZOGbot", i.e. a mongrel of mixed part jew ancestry, a raving predatory homosexual and a long-time (since 2002) state and federal agent provocateur (commonly called a "ZOGbot" which is the preferred term for these Soldiers of Satan within the Racial and Religious Resistance out to destroy the state and federal regimes called the "Zionist

2

Occupied Government" or "ZOG" for short for the past 50 years.) Bryan Reo, Lawyer Konrad, and Reo's ZOGbot lawyer friends from the Foundation for the MarketPlace of Ideas (FMI, See Exhibit #1 the 2017 IRS 501(c)(3) Tax Form showing that they instigated Charlottesville 1.0) are all ZOGbots. Thus these Bryan Reo cases in Ohio and here in South Dakota are simply Bryan Reo appearing before the ZOG kangaroo korts as a police instigator and agent and having the corrupt judges rule summarily excessive judgments without benefit of a jury trial to achieve a desired end – that of destroying the lives, property and liberty of the targeted racial and religious leadership of the subject population so that they can be replaced by a more tractable population of non-whites. See Exhibit #2, "Prey 4 Muh Suckcess" posted by "SwordBrethren the "Teutonic Crusader" a.k.a. Bryan Reo on Baal Finck's Christogenea forum on Monday August 25 2014 # 7:40pm. In this forum post to Reo's fellow mongrel, homosexual fellow ZOGbots Bryan Reo with its first federal lawsuit against Pastor Lindstedt transferred from Ohio to Missouri boasted:

**"I have a particular enemy in Missouri who has a stake in a cattle ranch in South Dakota, I am asking that God deliver his property, all his wealth, all of his land, all of his assets, all of his money, to me, to me and leave him desolate and penniless. . . . along with the entire estate, wealth, property, money, etc. of the wicked one in Missouri [the ranch in South Dakota might be worth $500,000 just by itself." Exhibit #2**

By the way, Judge Bridget Mayer was appraised of this Exhibit #2 but upon the lying denials of Reo and Konrad chose to believe that Bryan Reo / SwordBrethren suddenly found out about Pastor Lindstedt's inheritance in 2018, four years after initiating the first lawsuit for $10.75 million in Ohio federal court. Mayer also pretended to believe that Robert Konrad who obviously stole Pastor Lindstedt's sister's Susan Bessman confidential legal files while working at the Ollinger Law Firm was suitable for being Bryan Reo's antifa lawyer to collect his loot. Attorney Konrad even went so far as to hand to Pastor Lindstedt an Ollinger Law Firm pen which can be seen in the Daily Capitol Journal front-page story of early 3rd Sept. 2020. Pastor

3

Lindstedt's sister knew that Attorney Konrad was playing with Pastor Lindstedt to show his undue influence over Judge Mayer. They even hastened the evidenciary hearing in order for Konrad to let Judge Mayer railroad some wretch on criminal charges at 4:30pm on 31 Aug 2020. Judge Mayer screetched about how "Now is not the time to discuss the ethics of Robert Konrad representing Bryan Reo." Which is of course correct. The proper time to discuss the corruption of the South Dakota legal & political system is when the Oahe Dam is destroyed and those able to flee be they lawyers, judges, politicians, police and they's families is running for the bluffs atop which are gallows, wood chippers, acid baths, hungry dogs, gelding knives and an enraged collection of warlords ready to dispense Biblical and Medieval summary justice as Pierre and Ft. Pierre are flushed away by the Deluge to be the monument ruins like in Ohio against the wages of sinful corrupt democratic and republican regimes and in favor of limited local warlordism.

Upon the South Dakota Supreme Court dismissing Pastor Lindstedt's appeal to stop punishing his sister Susan Bessman for unknowingly accepting Pastor Lindstedt's transfer to her in Oct. 2019, pointing out that Susan Bessman wanted since March 2020 when she first heard of Bryan Reo to immediately quit-claim it back to Pastor Lindstedt and make the "unlawful transfer" action moot. However Bryan Reo, Attorney Konrad, and her first lawyer Kody Kyriss didn't want her to simply sign the quit-claim and make this "illegal transfer" litigation moot. In January 2021 Pastor Lindstedt's sister came over to visit Pastor Lindstedt in the trailer she bought for Roxie  Fausnaught and gave Lindstedt a copy of Robert Konrad's extortionary threats to take her inheritance as well unless she would sign over to Attorney Konrad and Bryan Reo the inheritance that they had asked for injunctive relief from transfer. Pastor Lindstedt read the first couple of pages of Konrad extortion then set it aside. However Susan Bessman upon hearing that the Reo/Konrad extortion would be posted on the Aryan Nations web page surreptitiously took it

4

back. Pastor Lindstedt decided to not file an appellate brief hoping that Susan Bessman would

keep the inheritance protected from Bryan Reo and Robert Konrad. The Judge Mayer decision

was so fraudulent that Pastor Lindstedt thought that the matter would be in litigation until after

Collapse and the consequences of this corruption would become made evident and thus denied.

To Pastor Lindstedt's surprise, the Ohio federal courts decided to write their own

populations' death warrants by rendering summary judgment without jury trial and for a total of

$2.75 million in Bryan Reo mythical compensatory and punitive damages contrary to their 1st,

7th, and 8th Amendments and finishing off the pretense of "rule of law" in all four Bryan Reo

cases, which now are all under appellate review during 2021 although the Steffani Reo case was

just finished last month by federal Judge Christopher Boyko. The reason that destroying the

myth of rule of law in doing away with these paper protections and letting lawyers and judges

run wild is that a new warlord-based order means exterminating not only the non-whites such as

Bryan Reo but the regime-criminal whiggers, especially the lawyers and judges as things fall

apart. Judge Bridget Mayer in the final days of 2021 and early 2022 was in fact assessing a fine

of $18,670 for Pastor Lindstedt "disobeying" her temporary and permanent injunction for

cashing the last rent check for 2019 of $15.600 before Lindstedt transferred his inheritance to his

sister on 25 Oct. 2019 which was four months before Bryan Reo and Robert Konrad even filed

this "unlawful transfer" litigation in Feb. 2020. Thus this South Dakota court and court system

has destroyed any pretense to serving law or justice. Rather these South Dakota courts have

allowed lawyers and judges to destroy white lives and property on behalf of non-white agents

provocateur and their antifa lawyers working in tandem to steal and harm under color of law.

Now young white men are killing non-whites because they are finding out that whites are being

replaced by treasonous elites and Pastor Lindstedt and his Aryan Nations Church is of course

pointing out that only White People are human with souls and that it is necessary to not only exterminate the non-whites but these Satanic forms of government and their servants through killing or enslaving those who are salvageable. Judge Mayer by signing there writs of execution prior to appellate review is actually signing writs of execution for herself, her friends and family and criminal regime, both root, branch and tender twig.

The South Dakota Supreme Court having notice due to Pastor Lindstedt's appeal in showing the corruption of Lawyer Konrad, Kyriss, and Judge Bridget Mayer threw a tantrum on 11 April 2022 and denied the appeal of these judicial decisions to blackmail Pastor Lindstedt's sister, to fine Pastor Lindstedt for his actions before this fraudulent predatory litigation, and to reward Bryan Reo with a payoff before the matter was fully resolved. The corrupt South Dakota Supreme Court even decided to do away with the pretense of *habeas corpus*. Even now  the 58CIV20-07 and SDSC # 29890 decision can be appealed to the U.S. Supreme Court within 90 days of 11 Apr. 2022. However, Attorney Robert Konrad presented some writs for execution the judgments not only of 58CIV19-35 against Pastor Lindstedt and his Aryan Nations Church for $400 that Bryan Reo obtained from a corrupt Lake County judge and lynch mob jury back in June 2019 and Judge Mayer signed that even though her corrupt decision in 58CIV20-07 backed up by the South Dakota Supreme Court is still under appeal or will be to the US Supreme Court which might decide tyo avoid open civil war by having agents provocateur and lawyers with the help of state courts take the lives, liberties and property of 2d Civil War combatants. Thus according to both Ohio, Missouri and *SDCL 15-16A-6* the laws say the same thing: If a judgment debtor shows the circuit court that an appeal from the foreign judgment is pending the court shall stay execution of the foreign judgment until the appeal is concluded. Given that due

6

to Bryan Reo and Robert Konrad and Judge Mayer's misconduct Pastor Lindstedt has no money

to pay for a bond not that he ever would because Pastor Lindstedt doesn't recognize this satanic

court's lawful jurisdiction. On July 31, 2020 Judge Bridget Mayer recognized this principle of

law keeping the likes of Attorney Konrad and Bryan Reo from racking up civil-lawfare barratry

false judgments in Ohio and due to 25+ lawsuits impoverishing Pastor Lindstedt into destitution

as has been Konrad's and Bryan Reo's plan to use this satanic mongrel abomination ZOGbot's

position to do so as stated, Exhibit #2 back in Aug. 2014. Doubtless this will be the application

of your "law" until such time as when the Oahe Dam is broken and regime criminals, especially

the lawyers, politicians and piglice and their regime-criminal families have to leave as

supercedeas theys' spawn's testicles to be put in a receivership mason jar or are used as walking

wombs along with all of their lands, property and money and left destitute now that the South

Dakota Supreme Court have destroyed appeals and habeas corpus and then the full measure and

then some is measured right back until extirpation both of the regime criminals and their corrupt

and evil form of government. Judge Bridget Mayer promptly on 13 April 2022 signed the Writ of

Execution and then proceeded to levy on it to the Sheriff Bras Rathbun without providing any

Notice to Pastor Lindstedt or his Aryan Nations Church. However what goes around comes

around and while Pastor Lindstedt has found out on 13 or 14th May when Attorney Konrad

finally sent him a letter tjhat the sheriff's sale would take place on the Stanley County

Courthouse steps on May 26[th.] Pastor Lindstedt shall in return maybe sometime brand then skin

out the pelts of regime criminals and their families to place atop their own crucifixes "Here be

regime criminals and their families who thought they was kings of the ZOGlings." Indeed, in

time everything which regime criminals though was secret shall be known & made manifest.

7

Judge Bridget Mayer upon reading the Writ of Outlawry against Pastor Lindstedt and his Aryan Nations Church then went on an execution writ spree and even  went so far as to sign likewise on 13 May three more Bryan Reo foreign judgments – all of them likewise on appeal before the 6th Circuit Court of Appeals. Take 58CIV21-24 for $500,000 for Bryan Reo's father who Pastor Lindstedt mistook for a Bryan Reo homosexual lover since Bryan Reo said that he wasn't to appear in court. Or 58CIV21-16 by the negro judge Solomon Oliver, likewise without benefit of jury trial and the $1 million judgment certainly is excessive for the mythical compensatory damages Bryan Reo would not and could not give and another half-million in punitive damages also under appeal before the 6th Circuit Court of Appeals. Or 58CIV21-40  by the smartest federal judge of the lot, Judge Christopher Boyko with $259,000 non-computed damages and $500,000 punitive. This one took a while longer because it wasn't until later that Judge Boyko decided to let off Bryan Reo's Aryan hump Kyle Bristow (See Exhibit #1) and the criminal regimes of Ohio, Lake County, some Lake county judge and others, so this appeal is still being briefed. The legal tricks that this corrupt court makes against those subjected to its tyranny really makes normal white men want to hear you regime criminals scream to the skies!

But signing the Writs of Execution in Bryan Reo's wife's case 58CIV22-16 took a while because it wasn't until 21 April that Judge Boyko finally signed a judgment and the appeal in the 6th Circuit could continue. Judge Mayer signed that Execution Writ on 27 April 2022 even though it is likewise on appeal and the Pastor Lindstedt's  property sold along with the rest on 26th May 2022. In fact, rthe day after talking to Sheriff Rathbun on 18th May and asking him to give Pastor Lindstedt a full 60 days to notify the federal appellate courts about Bryan Reo antics, Bryan Reo sent Pastor L:indstedt an e-mail whining that even though Reo told the 6th Circuit Court of Appeals about the South Dakota Supreme Court Bill of Attainder & Outlawry &

Proscription Against Pastor Lindstedt and his Aryan Nations Church and to dismiss Lindstedt's

Appeal instead that Court set up the Briefing Schedule but would only notify Pastor Lindstedt by

mail and so (See **Exhibit Reo-email of 19 May 2022**) Bryan Reo was huffy because Reo's

ZOG-sponsored barratry civil-lawfare wasn't working as quickly as Reo liked. But what matter

given that Judge Mayer has already set up selling Pastor Lindstedt's inheritance even if under

appeal? The South Dakota justice mill is churning out massive thievery under color of law just

like the buffalo hunters did back in the late 19th Century in killing, skinning out and tanning the

hides of buffalo for an extinction event for private profit. Sort of like Bryan Reo, Robert Konrad,

Judge Bridget Mayer, the South Dakota Supreme Court and the state & federal governments

suppressing racial & religious White dissent from Aryan Nations pastors & churches. None of

them have any good sense of what will inevitably happens when it is their turn in the dock.

So given that there has been a civil lawfare collapse in which these corrupt courts have

allowed Bryan Reo as a ZOGbot to run wild destroying ZOG's precious CONstitutional and Bill

of Goods "protections" for openly White men resisting ZOG/Babylon in the Ohio courts and

between Attorney Robert Konrad interacting with Judge Bridget Mayer as every single member

of the thieving legal profession from top like the Supreme Court to the very lowest bottom-

feeder like Konrad what is to be done about these thieving regime criminals selling off Pastor

Lindstedt's inheritance in violation of SDCL 15-16A-6? Under color of SDCL 15-18-1?

In an hour and a half call to Sheriff Brad Rathbun – who likewise like Pastor Lindstedt

was born in 1957 and knew Pastor Lindstedt's grandparents who created the legacy – he whined

that he simply has to follow the orders of the court no matter how corrupt. Upon pointing out that

the "execution writs" gave him a full 60 days to "execute" and that Pastor Lindstedt didn't find

out about this proposed sale when $2.75 million of these federal court judgments are under

appeal as of now. Four of them were signed on April 13th, the Steffani Reo one on 27 April and due to be "executed" at the same time. Why couldn't this sheriff's sale delayed for a time until the federal courts either come to a decision or Pastor Lindstedt has a time to ask for a Writ of Prohibition delaying the sale until all appeals processes are through? Give Pastor Lindstedt fifty days from when Judge Mayer unlawfully hastened the "executions", all of them. Sheriff Rathbun pointed out that the Notices had been printed by the Capital Journal at Reo / Konrad expense to be stolen from Pastor Lindstedt. Unlike in talking to the Ohio courts where the situation was much like Sodom and Gomorrah  deliberately inciting YHWH's wrath from their lawfare habit of kidnapping caravan travelers then judicially murdering them this situation in South Dakota is more like the Tribe of Benjamin protecting these Amorite Canaanite Gibeonites who got judicial power refusing to turn over these judicial killers to the rest of the tribes of Ancient Israel or punish them theysselfs so that the entire Tribe less 600 had to be exterminated in the resulting civil war. Sheriff Rathbun is in the same situation as the citizens of Baghdad given the insult to Genghis Khan or someone walking the streets of Hiroshima or Dresden when the time of judgment falls. When Pierre and Ft. Pierre are wiped off the face of the Earth  so that the ruins can be seen as a warning about corrupt republican forms of government and theys' korts and Resistance Drumhead Tribunals are set at the tops of the bluffs perhaps some sort of strict leniency can be done to regime-criminal offenders and their families, if for nothing more than by giving them the faintest hope like for every single one of the billions that they might squeak through on Judgment Day, they will make peace for their damnation unlike that of the  danmed lawyers and politicians regarding theysselfs and theys' families deserving of their fate.

However upon reading the SDSL code the Sheriff can take all of the 60 days to delay "execution" and can twice delay for three days upon his own initiative any sale. Saying that you

must follow some corrupt court's unlawful orders has never cut it in the face of revolutionary mostly vengeful justice when it all comes around. The sheriff shall receive a copy of this Notice.

Wherefore, this Motion Showing Cause as to why these impending "Executions" against Pastor Lindstedt's inheritance by Bryan Reo and Robert Konrad unlawfully signed given that these foreign judgments corruptly obtained are still under appeal and thus under SDC 15-16A-6 must be stayed until all them are completed is hereby filed by e-mail and by US Mail to Judge Bridget Mayer and Attorney Konrad and e-mailed to the Sheriff of Stanley County, South Dakota Supreme Court, the federal courts involved in these Bryan Reo civil-lawfare suits, and others. While this unlawful sale may indeed continue the guilty regime criminals and their enablers shall surely pay and hopefully before Judgment Day.

The New 16 Words of The Church of Jesus Christ Christian / Aryan Nations of Missouri: *We must chernobylize the North Perry Nuclear Power Plant and exterminate and sterilize North East Ohio.*

20 Words for South Dakota: *Pierre must be flooded off the face of the earth and regime criminals and their families exterminated or enslaved forever.*

Hail Victory!!!

/S/. Pastor Martin Lindstedt
Defendant/Appellant, First Servant of YHWH's Servant Nation of Aryan Christian Israel
Pastor, Church of Jesus Christ Christian/Aryan Nations of Missouri
338 Rabbit Track Road
Granby Missouri 64844
(P): (417) 472-6901, (E): pastorlindstedt@gmail.com

# Certificate of Service

I, Pastor Martin Lindstedt do hereby certify that a true and genuine copy with exhibits of the foregoing Motion for stay of execution pending appeals was e-mailed & mailed 21 May. 2022 to the Clerk of Courts, Stanley County, Stanley County Courthouse, 08 East 2d Avenue, P.O. Box 758, Ft. Pierre, SD 57532

A copy of the foregoing was mailed and e-mailed to Plaintiff's Attorney rob@xtremejustice.com to Attorney Konrad, 1110 E. Souix Ave. Pierre South Dakota 57501.

Having not much money the following were e-mailed only on 21 May 2022:

Sheriff Brad Rathbun, of Stanley County
The 6th Circuit Court of Appeals asking for a Stay of "Execution"
South Dakota Supreme Court

A copy of the foregoing was e-mailed to the South Dakota Supreme Court, 500 E, Capitol Ave. Pierre South Dakota 57501

Case: 1:21-cv-01809-WHB Doc #: 15-2 Filed: 06/03/22 13 of 32. PageID #: 109
Case: 1:19-cv-02589-CAB Doc #: 26-1 Filed: 03/13/20 1 of 4. PageID #: 251
Case: 1:19-cv-02786-CAB Doc #: 11-1 Filed: 02/07/20 1 of 4. PageID #: 103

OMB No. 1545-1150

Form **990-EZ**

### Short Form
### Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

► Do not enter social security numbers on this form as it may be made public

► Information about Form 990-EZ and its instructions is at *www.irs.gov/form990*.

**2017**

Department of the Treasury
Internal Revenue Service

Open to Public Inspection

**A** For the 2016 calendar year, or tax year beginning **August 1**, 2016, and ending **July 31**, 20 **17**

**B** Check if applicable:
- [ ] Address change
- [ ] Name change
- [ ] Initial return
- [ ] Final return/terminated
- [ ] Amended return
- [ ] Application pending

**C** Name of organization

Foundation for the Marketplace of ideas Inc

Number and street (or P.O. box, if mail is not delivered to street address) | Room/suite

P.O. Box 381164

City or town, state or province, country, and ZIP or foreign postal code

Clinton Twp., MI 48038

**D** Employer identification number

81-1969574

**E** Telephone number

(248) 838-9934

**F** Group Exemption Number ►

**G** Accounting Method: [✓] Cash  [ ] Accrual  Other (specify) ►

**I** Website: ► www.FreedomFront.org

**J** Tax-exempt status (check only one) — [✓] 501(c)(3)  [ ] 501(c) ( ) ◄ (insert no.)  [ ] 4947(a)(1) or  [ ] 527

**H** Check ► [ ] if the organization is not required to attach Schedule B (Form 990, 990-EZ, or 990-PF).

**K** Form of organization: [✓] Corporation  [ ] Trust  [ ] Association  [ ] Other

**L** Add lines 5b, 6c, and 7b to line 9 to determine gross receipts. If gross receipts are $200,000 or more, or if total assets (Part II, column (B) below) are $500,000 or more, file Form 990 instead of Form 990-EZ . . . . . . . . . . ► $

### Part I  Revenue, Expenses, and Changes in Net Assets or Fund Balances (see the instructions for Part I)

Check if the organization used Schedule O to respond to any question in this Part I . . . . . . . . [ ]

| | | | |
|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received . . . . . . . . . | **1** | 15,828 |
| 2 | Program service revenue including government fees and contracts . . . . . . | **2** | 0 |
| 3 | Membership dues and assessments . . . . . . . . . . . . . | **3** | 0 |
| 4 | Investment income . . . . . . . . . . . . . . . . | **4** | 0 |
| 5a | Gross amount from sale of assets other than inventory . . . | 5a | 0 | |
| b | Less: cost or other basis and sales expenses . . . . . | 5b | 0 | |
| c | Gain or (loss) from sale of assets other than inventory (Subtract line 5b from line 5a) . | **5c** | 0 |
| 6 | Gaming and fundraising events | | |
| a | Gross income from gaming (attach Schedule G if greater than $15,000) . . . . . . . . . . | 6a | 0 | |
| b | Gross income from fundraising events (not including $  0  of contributions from fundraising events reported on line 1) (attach Schedule G if the sum of such gross income and contributions exceeds $15,000) . . . | 6b | 0 | |
| c | Less: direct expenses from gaming and fundraising events . . | 6c | 0 | |
| d | Net income or (loss) from gaming and fundraising events (add lines 6a and 6b and subtract line 6c) . . . . . . . . . . . . . . . . . . . | **6d** | 0 |
| 7a | Gross sales of inventory, less returns and allowances . . . | 7a | 0 | |
| b | Less: cost of goods sold . . . . . . . . . . | 7b | 0 | |
| c | Gross profit or (loss) from sales of inventory (Subtract line 7b from line 7a) . . . | **7c** | 0 |
| 8 | Other revenue (describe in Schedule O) . . . . . . . . . . . | **8** | 0 |
| 9 | **Total revenue.** Add lines 1, 2, 3, 4, 5c, 6d, 7c, and 8 . . . . . . . ► | **9** | 15,828 |
| 10 | Grants and similar amounts paid (list in Schedule O) . . . . . . . . | **10** | 700 |
| 11 | Benefits paid to or for members . . . . . . . . . . . . | **11** | 0 |
| 12 | Salaries, other compensation, and employee benefits . . . . . . . . | **12** | 0 |
| 13 | Professional fees and other payments to independent contractors . . . . . | **13** | 16,600 |
| 14 | Occupancy, rent, utilities, and maintenance . . . . . . . . . | **14** | 137 |
| 15 | Printing, publications, postage, and shipping . . . . . . . . . | **15** | 0 |
| 16 | Other expenses (describe in Schedule O) . . . . . . . . . . | **16** | 0 |
| 17 | **Total expenses.** Add lines 10 through 16 . . . . . . . . . . ► | **17** | 17,437 |
| 18 | Excess or (deficit) for the year (Subtract line 17 from line 9) . . . . . . | **18** | -1,609 |
| 19 | Net assets or fund balances at beginning of year (from line 27, column (A)) (must agree with end-of-year figure reported on prior year's return) . . . . . . . . | **19** | 5,991 |
| 20 | Other changes in net assets or fund balances (explain in Schedule O) . . . . | **20** | 0 |
| 21 | Net assets or fund balances at end of year. Combine lines 18 through 20 . . . ► | **21** | 4,382 |

For Paperwork Reduction Act Notice, see the separate instructions.     Cat. No. 10642I     Form **990-EZ** (2016)

RECEIVED ENTITY DEPT

RECEIVED NOV 13 2017 OGDEN, UT

*Exhibit #1*



Form 990-EZ (2016)
Page **2**

## Part II Balance Sheets (see the instructions for Part II)

Check if the organization used Schedule O to respond to any question in this Part II . . . . . . . . ☐

| | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|
| 22 | Cash, savings, and investments . . . . . . . . | | 5,991 | **22** | 4,382 |
| 23 | Land and buildings . . . . . . . . . . . | | 0 | **23** | 0 |
| 24 | Other assets (describe in Schedule O) . . . . . . | | 0 | **24** | 0 |
| 25 | **Total assets** . . . . . . . . . . . . | | 5,991 | **25** | 4,382 |
| 26 | **Total liabilities** (describe in Schedule O) . . . . | | 0 | **26** | 0 |
| 27 | Net assets or fund balances (line 27 of column (B) must agree with line 21) | | 5,991 | **27** | 4,382 |

## Part III Statement of Program Service Accomplishments (see the instructions for Part III)

Check if the organization used Schedule O to respond to any question in this Part III . . ☐

What is the organization's primary exempt purpose?   **Educational / Civil Rights Advocacy**

Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. In a clear and concise manner, describe the services provided, the number of persons benefited, and other relevant information for each program title.

**Expenses**
(Required for section 501(c)(3) and 501(c)(4) organizations; optional for others.)

**28** The Foundation for the Marketplace of Ideas, Inc., assisted with high profile legal cases involving constitutional rights. Payment was made for record requests, attorney's fees, and litigation-related costs. _____

(Grants $              0) If this amount includes foreign grants, check here . . . . ▶ ☐ | **28a** | 16,500

**29** The Foundation for the Marketplace of Ideas, Inc., sent First Amendment observers to Charlottesville, Virginia, to monitor the controversial rally that occurred there. _____

(Grants $              0) If this amount includes foreign grants, check here . . . . ▶ ☐ | **29a** | 200

**30** The Foundation for the Marketplace of Ideas, Inc., used the Freedom of Information Act to obtain records from Texas A&M University, the University of Michigan, and Michigan State University which were posted on the organization's website. The money was sent to the universities' for the costs of the records.

(Grants $              0) If this amount includes foreign grants, check here . . . . ▶ ☐ | **30a** | 657

**31** Other program services (describe in Schedule O) . . . . . . . . . . . . . .

(Grants $              0) If this amount includes foreign grants, check here . . . . ▶ ☐ | **31a** | 0

**32** **Total program service expenses** (add lines 28a through 31a) . . . . . . . . . ▶ | **32** | 17,357

## Part IV List of Officers, Directors, Trustees, and Key Employees (list each one even if not compensated--see the instructions for Part IV)

Check if the organization used Schedule O to respond to any question in this Part IV . . . . . . . . ☐

| (a) Name and title | (b) Average hours per week devoted to position | (c) Reportable compensation (Forms W-2/1099-MISC) (if not paid, enter -0-) | (d) Health benefits, contributions to employee benefit plans, and deferred compensation | (e) Estimated amount of other compensation |
|---|---|---|---|---|
| Kyle J. Bristow, Esq. Executive Director | 15 | 0 | 0 | 0 |
| Jason L. Van Dyke, Esq. Director of Legal Advocacy | 2 | 0 | 0 | 0 |
| Bryan A. Reo Director of Public Research | 2 | 0 | 0 | 0 |
| Richard B. Spencer Board Member | 0 | 0 | 0 | 0 |
| William D. Johnson, Esq. Board Member | 0 | 0 | 0 | 0 |
| Jason Robb, Esq. Board Member | 0 | 0 | 0 | 0 |
| Brett A. Klimkowsky Board Member | 0 | 0 | 0 | 0 |
| Michael Peinovich Board Member | 0 | 0 | 0 | 0 |
| James Edwards Board Member | 0 | 0 | 0 | 0 |
| Ryan Sorba Board Member | 0 | 0 | 0 | 0 |
| Augustus Invictus Board Member | 0 | 0 | 0 | 0 |

Form **990-EZ** (2016)

Form 990-EZ (2016)             Page **3**

**Part V**   **Other Information** (Note the Schedule A and personal benefit contract statement requirements in the instructions for Part V) Check if the organization used Schedule O to respond to any question in this Part V . . ☐

| | | | Yes | No |
|---|---|---|---|---|
| 33 | Did the organization engage in any significant activity not previously reported to the IRS? If "Yes," provide a detailed description of each activity in Schedule O . . . . . . . . . . . . . . . . | **33** | | ✓ |
| 34 | Were any significant changes made to the organizing or governing documents? If "Yes," attach a conformed copy of the amended documents if they reflect a change to the organization's name. Otherwise, explain the change on Schedule O (see instructions) . . . . . . . . . . . . . . | **34** | | ✓ |
| 35a | Did the organization have unrelated business gross income of $1,000 or more during the year from business activities (such as those reported on lines 2, 6a, and 7a, among others)? . . . . . . . . | **35a** | | ✓ |
| b | If "Yes," to line 35a, has the organization filed a Form 990-T for the year? If "No," provide an explanation in Schedule O | **35b** | | |
| c | Was the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization subject to section 6033(e) notice, reporting, and proxy tax requirements during the year? If "Yes," complete Schedule C, Part III . . . . | **35c** | | ✓ |
| 36 | Did the organization undergo a liquidation, dissolution, termination, or significant disposition of net assets during the year? If "Yes," complete applicable parts of Schedule N . . . . . . . . | **36** | | ✓ |
| 37a | Enter amount of political expenditures, direct or indirect, as described in the instructions ▶ **37a** 0 | | | |
| b | Did the organization file **Form 1120-POL** for this year? . . . . . . . . . . . . . | **37b** | | ✓ |
| 38a | Did the organization borrow from, or make any loans to, any officer, director, trustee, or key employee or were any such loans made in a prior year and still outstanding at the end of the tax year covered by this return? . | **38a** | | ✓ |
| b | If "Yes," complete Schedule L, Part II and enter the total amount involved . . . . . **38b** | | | |
| 39 | Section 501(c)(7) organizations. Enter: | | | |
| a | Initiation fees and capital contributions included on line 9 . . . . . . . . . . **39a** | | | |
| b | Gross receipts, included on line 9, for public use of club facilities . . . . . . . **39b** | | | |
| 40a | Section 501(c)(3) organizations. Enter amount of tax imposed on the organization during the year under: section 4911 ▶ 0 ; section 4912 ▶ 0 ; section 4955 ▶ 0 | | | |
| b | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Did the organization engage in any section 4958 excess benefit transaction during the year, or did it engage in an excess benefit transaction in a prior year that has not been reported on any of its prior Forms 990 or 990-EZ? If "Yes," complete Schedule L, Part I | **40b** | | ✓ |
| c | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Enter amount of tax imposed on organization managers or disqualified persons during the year under sections 4912, 4955, and 4958 . . . . . . . . . . . . . . . . . 0 | | | |
| d | Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations. Enter amount of tax on line 40c reimbursed by the organization . . . . . . . . . . . . . . . 0 | | | |
| e | All organizations. At any time during the tax year, was the organization a party to a prohibited tax shelter transaction? If "Yes," complete Form 8886-T . . . . . . . . . . . . . | **40e** | | ✓ |
| 41 | List the states with which a copy of this return is filed ▶ **Michigan** | | | |

| 42a | The organization's books are in care of ▶ Attorney Kyle Bristow | Telephone no. ▶ 248-838-9934 |
|---|---|---|
| | Located at ▶ P.O. Box 381164, Clinton Twp., MI | ZIP + 4 ▶ 48038 |

| | | | Yes | No |
|---|---|---|---|---|
| b | At any time during the calendar year, did the organization have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? If "Yes," enter the name of the foreign country: ▶ | **42b** | | ✓ |
| | See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | |
| c | At any time during the calendar year, did the organization maintain an office outside the United States? . If "Yes," enter the name of the foreign country: ▶ | **42c** | | ✓ |
| 43 | Section 4947(a)(1) nonexempt charitable trusts filing Form 990-EZ in lieu of **Form 1041**—Check here . . . . . ▶ ☐ and enter the amount of tax-exempt interest received or accrued during the tax year . . . . . ▶ **43** | | | |

| | | | Yes | No |
|---|---|---|---|---|
| 44a | Did the organization maintain any donor advised funds during the year? If "Yes," Form 990 must be completed instead of Form 990-EZ . . . . . . . . . . . . . . . . | **44a** | | ✓ |
| b | Did the organization operate one or more hospital facilities during the year? If "Yes," Form 990 must be completed instead of Form 990-EZ . . . . . . . . . . . . . . . . | **44b** | | ✓ |
| c | Did the organization receive any payments for indoor tanning services during the year? . . . . . | **44c** | | ✓ |
| d | If "Yes" to line 44c, has the organization filed a Form 720 to report these payments? If "No," provide an explanation in Schedule O . . . . . . . . . . . . . . . . . . | **44d** | | |
| 45a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . . | **45a** | | ✓ |
| b | Did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? If "Yes," Form 990 and Schedule R may need to be completed instead of Form 990-EZ (see instructions) . . . . . . . . . . . . . . . . . | **45b** | | ✓ |

Form **990-EZ** (2016)

Form 990-EZ (2016)                                                                                      Page **4**

| | | Yes | No |
|---|---|---|---|
| 46 | Did the organization engage, directly or indirectly, in political campaign activities on behalf of or in opposition to candidates for public office? If "Yes," complete Schedule C, Part I . . . . . . . . . . . . . . . **46** | | ✓ |

**Part VI**  **Section 501(c)(3) organizations only**
All section 501(c)(3) organizations must answer questions 47–49b and 52, and complete the tables for lines 50 and 51.
Check if the organization used Schedule O to respond to any question in this Part VI . . . . . . . . . ☐

| | | | Yes | No |
|---|---|---|---|---|
| 47 | Did the organization engage in lobbying activities or have a section 501(h) election in effect during the tax year? If "Yes," complete Schedule C, Part II . . . . . . . . . . . . . . . . . . . | **47** | | ✓ |
| 48 | Is the organization a school as described in section 170(b)(1)(A)(ii)? If "Yes," complete Schedule E . . . . | **48** | | ✓ |
| 49a | Did the organization make any transfers to an exempt non-charitable related organization? . . . . . . | **49a** | | ✓ |
| b | If "Yes," was the related organization a section 527 organization? . . . . . . . . . . . . . | **49b** | | |

50 Complete this table for the organization's five highest compensated employees (other than officers, directors, trustees, and key employees) who each received more than $100,000 of compensation from the organization. If there is none, enter "None."

| (a) Name and title of each employee | (b) Average hours per week devoted to position | (c) Reportable compensation (Forms W-2/1099-MISC) | (d) Health benefits, contributions to employee benefit plans, and deferred compensation | (e) Estimated amount of other compensation |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

f Total number of other employees paid over $100,000 . . . . ▶              0

51 Complete this table for the organization's five highest compensated independent contractors who each received more than $100,000 of compensation from the organization. If there is none, enter "None."

| (a) Name and business address of each independent contractor | (b) Type of service | (c) Compensation |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |

d Total number of other independent contractors each receiving over $100,000 . . ▶              0

52 Did the organization complete Schedule A? **Note:** All section 501(c)(3) organizations must attach a completed Schedule A . . . . . . . . . . . . . . . . . . . . . . . ▶ ☑ Yes ☐ No

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge

| Sign Here | ▶ _Signature of officer_ _____ | | Date 11/5/17 |
|---|---|---|---|
| | Kyle J. Bristow; Executive Director | | |
| | _Type or print name and title_ | | |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶ | | | Firm's EIN ▶ | |
| | Firm's address ▶ | | | Phone no. | |

May the IRS discuss this return with the preparer shown above? See instructions . . . . . . . . . . . . ▶ ☐ Yes ☐ No

Form **990-EZ** (2016)

Case: 1:21-cv-01809-WHB Doc #: 15-2 Filed: 06/03/22 17 of 32. PageID #: 113
Case: 1:19-cv-02589-CAB Doc #: 26-2 Filed: 03/13/20 1 of 3. PageID #: 255
Case: 1:19-cv-02589-CAB Doc #: 21-2 Filed: 10/30/19 1 of 3. PageID #: 107



Librarian ✪
Senior Member
Senior Member
🔲🔲🔲

🔳

http://christian-identity.net/forum/...1263#post11263

**I am The Librarian**
http://whitenationalist.org/forum/
http://www.pastorlindstedt.org/forum/

🔲 ★ ⚠                    ✏ Edit Post   ↻ Reply   🔲 Reply With Quote

🔲 08/22/2014 02:20 PM

Join Date:        Oct 2010
Location:     The Mamzer from
                     Mentor Ohio
Posts:                     225

Bryan Reo ✪
Satanic Mongrel Abomination
Veteran Member
🔲🔲🔲🔲🔲🔲

*Exhibit #5*

*I've used this 24 Aug 2015*
*Post by Bryan Reo to show*
*this evil mongrels evil intent in*
*4 or 5 other Bryan Reo Lawsuits*
*PML*

🔲 Prey 4 My Suck-cess in using the ZOG korts to destroy THE ENEMY of Talmudic
See-Eye Dentistry

# Prey 4 My Suckcess in using the ZOG korts to destroy THE ENEMY of Talmudic See-Eye Dentistry

http://forum.christogenea.org/viewto...&t=6441#p19212
http://whitenationalist.org/forum/sh...1266#post11266
http://christian-identity.net/forum/...1266#post11266

*Exhibit #2      Exhibit #2*

**That Yahweh thy God may bless thee in all that thou settest thine hand to in the land whither thou goest to possess it.**

In the past I have prayed for success in the stock market and I have never made less than 200% returns in any 6 month period and I usually tend to get 400% returns in 3-4 months.

I am presently seeking to make a covenant with God on a very specific matter. I have some ongoing issues against various foes... If Yahweh God will deliver their money, their estates, their property, their assets, into my hands, I will promptly tithe 15% [rather than the usual 10%] to my kin and those who work for our people.

*I have a particular enemy in Missouri who has a stake in a cattle ranch in South Dakota, I am asking that God deliver all of his property, all of his wealth, all of his land, all of his assets, all of his money, to me, and leave him desolate and penniless.*

I ask that my brothers and sisters join with me in prayer and call on Yahweh to bless me and to accept my pledge of 15% tithing and to make wondrous things happen for me.

Basically when it is boiled down, I am asking Yahweh for approximately $240,000 in the next 4 months [from various foes] *along with the entire estate, wealth, property, money, etc, of the wicked one in Missouri [the ranch in South Dakota might be worth $500,000 just by itself].*

I am not ashamed to ask Yahweh to bless me in a material matter and to grant me material success. Would it be better for me to strive to succeed via my own hand and then for me to thump my chest and declare my success evidence of my genius and my own prowess? I readily confess, and proudly at that, I need Yahweh to succeed! Be with me during these trying times and humble my enemies!



//C:/Users/Pastor/Pastor/Internet/2014/WhiteNationalist/Bryan%20Reo/Aug14/25Aug14/forum-christogenea-org%20-%20Pr

## Pray For My Success

Dby SwordBrethren ► Mon Aug 25, 2014 7:40 pm

That Yahweh thy God may bless thee in all that thou settest thine hand to in the land whither thou goest to possess it.

In the past I have prayed for success in the stock market and I have never made less than 200% returns in any 6 month period and I usually tend to get 400% returns in 3-4 months.

I am presently seeking to make a covenant with God on a very specific matter. I have some ongoing issues against various foes. If Yahweh God will deliver their money, their estates, their property, their assets, into my hands, I will promptly tithe 15% (rather than the usual 10%) to my kin and those who work for our people.

I have a particular enemy in Missouri who has a stake in a cattle ranch in South Dakota. I am asking that God deliver all of his property, all of his wealth, all of his land, all of his assets, all of his money, to me, and leave him desolate and penniless.

I ask that my brothers and sisters join with me in prayer and call on Yahweh to bless me and to accept my pledge of 15% tithing and to make wondrous things happen for me.

Basically when it is boiled down, I am asking Yahweh for approximately $240,000 in the next 4 months (from various foes) along with the entire estate, wealth, property, money, etc. of the wicked one in Missouri (the ranch in South Dakota might be worth $600,000 just by itself.)

I am not ashamed to ask Yahweh to bless me in a material matter and to grant me material success. Would it be better for me to strive to succeed via my own hand and then for me to thump my chest and declare my success evidence of my genius and my own prowess? I readily confess, and proudly at that, I need Yahweh to succeed! Be with me during these trying times and humble my enemies!

Revelation 18:
Und ich hörte eine andere Stimme vom Himmel, die sprach: Gehet aus von ihr, mein Volk, daß ihr nicht teilhaftig werdet ihrer Sünden, auf daß ihr nicht empfanget etwas von ihren Plagen!



SwordBrethren
Posts: 404
Joined: Sun Nov 01, 2009 11:50 pm



# CIRCUIT COURT OF SOUTH DAKOTA
# SIXTH JUDICIAL CIRCUIT

HUGHES COUNTY COURTHOUSE
P.O. BOX 1238
PIERRE, SOUTH DAKOTA 57501-1238

**M. BRIDGET MAYER**
CIRCUIT COURT JUDGE
Phone: (605) 773-3970
Fax: (605) 773-6492
Bridget.Mayer@ujs.state.sd.us

**MONA WEIGER**
COURT REPORTER
Phone: (605) 773-8227
Mona.Weiger@ujs.state.sd.us

**JAKE DEMPSEY**
SIXTH CIRCUIT LAW CLERK
Phone: (605) 773-3974
Jake.Dempsey@ujs.state.sd.us

July 31, 2020

Rob Konrad
Konrad Law Prof, LLC
1110 East Sioux Ave
Pierre, SD 57501
rob@xtremejustice.com

Martin Lindstedt
Pro Se Defendant
333 Rabbit Track Rd.
Granby, MO 64844
pastorlidstedt@gmail.com

Kody Kyriss
Riter Rogers, LLP
319 Coteau, PO Box 280
Pierre, SD 57501
k.kyriss@riterlaw.com

**RE: Bryan Reo v. Martin Lindstedt and Susan April Bessman, as Trustee of the Susan April Bessman Revocable Living Trust, 58 Civ. 20-07**

## MEMORANDUM DECISION

Plaintiff Bryan Reo ("Plaintiff") obtained an Ohio judgment against Defendant Martin Lindstedt ("Defendant") on July 2, 2019, which Defendant has appealed. Since this time, additional claims have been brought by Plaintiff against Defendant in State and Federal Courts in Ohio. On August 10, 2019 Plaintiff made application to register and docket his judgments as a foreign judgment in Stanley County, South Dakota. On August 19, 2019, Stanley County Clerk of Courts registered the July 2019 Ohio judgments against Defendant in Stanley County, where Defendant owned real property. On October 25, 2019, Defendant transferred this real property owned in Stanley County to his sister Susan Bessman ("Bessman").

Plaintiff filed a fraudulent transfer suit against Defendant and Bessman on February 14, 2020. Plaintiff alleges that the transfer of the Stanley County real estate from Defendant to Bessman after the Ohio judgement was docketed amounts to a fraudulent transfer under SDCL Ch. 54-8A.

A Temporary Restraining Orders ("TRO") preventing Defendant and Bessman from further encumbering or transferring the property was entered on February 26, 2020 by Judge Northrup. In addition, a hearing was set for March 11, 2020, regarding Plaintiff's Motion for

1

Preliminary Injunction. The TRO was set to expire on March 11, 2020 as well. The TRO and hearing were extended for good cause to March 27, 2020. On March 24, 2020, Defendant requested a continuance and permission to appear by telephone. This hearing on the continuance was granted at the March 27, 2020 hearing, with Defendant appearing telephonically. The TRO was extended to June 5, 2020, at which time the preliminary injunction hearing was to also take place.

On May 19, 2020 Judge Mayer was appointed to act in the stead of Judge Northrup. On June 3, 2020, Judge Mayer held a hearing with Defendant appearing telephonically. A third continuance was granted to August 4, 2020 and the TRO was extended to August 4 as well, *unless modified by this court.* Defendant was given until June 30, 2019, to respond or file any motions.

A variety of motions have been made prior to this court holding the preliminary injunction hearing. Defendant filed a Motion to Dismiss the lawsuit on grounds that an appeal has been filed on the Ohio judgment. Plaintiff filed a Response to Defendant's Objection to the preliminary injunction being issued. Plaintiff argues Defendant should not be allowed to participate in the preliminary injunction hearing because Lindstedt transferred the property to Bessman and says he doesn't own the property anymore. Plaintiff also requests that the current TRO be extended, that Defendant's exhibits be stricken, and that Plaintiff's legal counsel be released from any obligation to file Defendant's pro se documents with Stanley County. Bessman has made no motions that need resolving at this time.

## Defendant's Motion to Dismiss

Defendant's Motion to Dismiss this action in Stanley County generally on the basis that there is an appeal pending on the Ohio judgments is denied. The present lawsuit before this Court does not concern itself with the merits of the Ohio lawsuits. Eventually, this court will need to determine whether there was a fraudulent transfer under SDCL Ch. 54-8A. That would occur IF Defendant loses his Ohio appeal and Plaintiff's judgments are affirmed. Alternatively, if Defendant prevails in his Ohio appeal and prevails in the other Ohio court cases, then Plaintiff will not be able to acquire the Stanley County property at issue to satisfy any of the Ohio Judgments. In the latter event, there would be no need to determine if the property still belongs to Defendant.

In the meantime, and before that hearing on the merits of an alleged fraudulent transfer, this court will address whether a preliminary injunction should be issued to preserve the Stanley County property in dispute. If granted, the preliminary injunction would prevent any transference or encumbrance of the property until the legal matters are concluded in the Ohio cases. The previous TROs were put in place to preserve the property temporarily. Should this court grant the Plaintiff's request for a preliminary injunction, that would merely take the place of the TRO and prohibit Defendant and/or his sister, Bessman, from encumbering or transferring the Stanley

2

County property until the Ohio lawsuits are finalized and the matter herein is determined. Defendant's Motion to Dismiss is therefore denied.

This court also finds that much of what Defendant has filed and discusses in his submissions to the court have no relevance to the issue of whether a preliminary injunction should issue. The court has reviewed the submissions and has given them the consideration they deserve. Again, the Defendant's motion to Dismiss is denied.

_Plaintiff's Motions_

Plaintiff Motion to disallow Defendant from participating in the Preliminary Injunction hearing is next reviewed. Plaintiff's reasoning for this request is that Defendant stated he no longer owns the property and has admitted to transferring the property. Plaintiff thus concludes that Defendant has no rights to defend at the preliminary injunction hearing. The Court disagrees as this reasoning runs counter to the entire premise of this lawsuit.

SDCL Ch. 54-8A concerns fraudulent transfers. Plaintiff's case is therefore rooted in the argument that Defendant still owns the property despite the transfer to Bessman, and that Plaintiff therefore has the right to access the property to satisfy the docketed judgments once, and if, the Ohio matters are concluded in its favor. Taken as a whole, Plaintiff is stating that Defendant has rights in the property to satisfy Plaintiff's judgments yet has no stake in the preliminary injunction hearing to preserve the status quo of that same property. This reasoning contradicts itself. Plaintiff cannot have it both ways.

The Court finds that Defendant does have standing or a stake in this matter before the court. "[S]tanding is satisfied if the litigant can show that he personally has suffered some actual or threatened injury as a result of the putatively illegal conduct of the" other party. _See Arnoldy v. Mahoney_, 2010 SD 89, ¶ 19, 791 N.W.2d 645, 653. Ultimately, should there be a finding of a fraudulent transfer to Bessman, the property would still be Lindstedt's and it could be utilized by Plaintiff to satisfy any valid judgments. This action, thus affects Lindstedt. The court doesn't believe Plaintiff can assert that Defendant has "no interest" at the preliminary injunction proceedings, and then at some point down the road claim Defendant does in fact have ownership interest in the property that can be used to satisfy a judgment. Plaintiff's Motion is therefore denied, and Defendant may participate in the preliminary injunction hearing.

It is worth noting that once Defendant realizes that the preliminary injunction would merely preserve the property from being further transferred and encumbered (but does not resolve the merits of the underlying complaint), Defendant might very well agree that the preliminary injunction should be granted. The preliminary injunction would serve to preserve the property in question, until the Ohio court matters are resolved, and this matter is concluded.

3

Plaintiff filed a Motion to Extend the TRO preventing Defendant or Bessman from further transferring or encumbering the property. This court takes judicial notice of its prior judgments on this matter, and that Plaintiff has made the requisite showing and certification under 15-6-65(b)(2). Plaintiff's Motion to Extend the **TRO is granted until October 2, 2020**. Plaintiff is directed to submit that order to the court for signing.

Plaintiff's Motion to Strike the exhibits submitted by Defendant is denied. Plaintiff claims that these submissions are violative of SDCL Ch. 15-15A-9 and 16-21A-5. The Clerk may designate any confidential documents as such. As for the remainder of the filings, the court will consider these filings and give them the weight, credibility and consideration it determines they deserve.

Finally, Plaintiff asks this court to relieve Plaintiff of the obligation to file items on behalf of Defendant. The court previously ordered Plaintiff to do so for the sake of convenience. It is clear that this end is not being met by this arrangement. Therefore, Defendant must henceforth file his own submissions with the Stanley County Clerk of Courts.

With these issues and Motions resolved, the next step in this litigation is to set a hearing on the preliminary injunction. This hearing is to be set prior to the TRO expiring on October 2, 2030.

## CONCLUSION

For the foregoing reasons, Defendant's Motion to Dismiss is DENIED, Plaintiff's Motion Disallowing Defendant from participating in the preliminary injunction hearing is DENIED, Plaintiff's Motion to Strike is DENIED, Plaintiff's Motion to Extend Temporary Restraining Order is GRANTED, and Plaintiff's Motion for Relief of filing for Defendant is GRANTED.

BY THE COURT

M. Bridget Mayer
Circuit Court Judge

4

**Judgment Docket**

**In the Circuit Court
STANLEY COUNTY**

**Docket Number:**
58CIV19-000035-01

| JUDGMENT DEBTOR | JUDGMENT CREDITOR |
|---|---|
| MARTIN LINDSTEDT<br>338 RABBIT TRACK RD<br>GRANBY, MO 64844 | BRYAN ANTHONY REO<br>PO BOX 5100<br>MENTOR, OH 44061 |

**Court Rendered**   Circuit Court

**Creditor's Attorney**

**JUDGMENT AWARD ACTIVITY**

| Type | Amount | Judgment Date | Docketing Date / Time | Filing Date / Time |
|---|---|---|---|---|
| Judgment | $105,000.00 | 08/19/2019 | 08/19/2019 3:13 PM | 08/19/2019 9:00 AM |

** Plus Interest at legal rate until fully satisfied **

**ACTIVITY FOLLOWING ENTRY OF JUDGMENT**

| Date | Description | Debtor | County | Comment |
|---|---|---|---|---|
| 04/13/2022 | EXECUTION ISSUED | MARTIN LINDSTEDT | Stanley | |
| 02/17/2022 | PARTIAL SATISFACTION | MARTIN LINDSTEDT | | Partial Satisfaction of $38,058.35 |

| STATE OF SOUTH DAKOTA | ) | | | IN CIRCUIT COURT |
|---|---|---|---|---|
| | )SS | **EXECUTION** | | IN MAGISTRATE COURT |
| COUNTY OF STANLEY | ) | | | |

THE STATE OF SOUTH DAKOTA TO THE SHERIFF OF STANLEY COUNTY:
You are required to satisfy the above judgment, together with interest and accruing costs from the date of judgment in the above entitled cause, from the personal property of the judgment debtor, and if sufficient personal property cannot be found, out of real property belonging to the judgment debtor on the day when the judgment was docketed, or at any time there after; and to make return of this execution with what you have done within sixty days after your receipt thereof, or within sixty days from the date of levy, if levy was made within that time.

THIS 13th day of April, 20 22

/s/ M Bridget Mayer, Circuit Court Judge

ATTEST: /s/ Kelly Caviness

by: _____
Clerk/Deputy Clerk

(SEAL)

Received this execution on the _____ day of _____ of _____ year, at _____

Sheriff of Stanley County

58CIV19-35

Sheriff _____

STATE OF SOUTH DAKOTA
CIRCUIT COURT, STANLEY CO
**FILED**

APR 13 2022

UJS 08D Revised 01/2014

By_____ Clerk

1

**I Judgment Docket**

**In The Circuit Court**
STANLEY COUNTY

**Docket Number:**
58CIV19-000035-01; 2

| JUDGMENT DEBTOR | JUDGMENT CREDITOR |
|---|---|
| MARTIN LINDSTEDT<br>338 RABBIT TRACK RD<br>GRANBY, MO 64844 | BRYAN ANTHONY REO<br>PO BOX 5100<br>MENTOR, OH 44061 |
| CHURCH OF JESUS CHRIST CHRISTIAN<br>ARYAN NATIONS OF MISSOURI<br>338 RABBIT TRACK RD<br>GRANBY, MO 64844 | BRYAN ANTHONY REO<br>PO BOX 5100<br>MENTOR, OH 44061 |

**Court Rendered**   Circuit Court; Circuit Court      **Creditor Attorney**

**JUDGMENT AWARD ACTIVITY**

| Type | Amount | Judgment Date | Docketing Date / Time | Filing Date / Time |
|---|---|---|---|---|
| Judgment | $400.00 | 08/19/2019 | 08/19/2019 3:13 PM | 08/19/2019 9:00 AM |

| Type | Amount | Judgment Date | Docketing Date / Time | Filing Date / Time |
|---|---|---|---|---|
| Judgment | $105,000.00 | 08/19/2019 | 08/19/2019 3:13 PM | 08/19/2019 9:00 AM |

**Total Amount: $105,000.00; $400.00**
*** Plus Interest at legal rate until fully satisfied ***; *** Plus Interest at legal rate until fully satisfied ***

**ACTIVITY FOLLOWING ENTRY OF JUDGMENT**

| Date | Description | Debtor | County | Comment |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

| REMARKS: |
|---|
|  |

Foreign Judgment

58CIV19-35

**Judgment Docket**

**In the Circuit Court**
**STANLEY COUNTY**

**Docket Number:**
58CIV21-000024-01

| JUDGMENT DEBTOR | JUDGMENT CREDITOR |
|---|---|
| MARTIN LINDSTEDT<br>338 RABBIT TRACK RD<br>GRANBY, MO 64844 | BRYAN ANTHONY REO<br>7724 TEA ROSE DRIVE<br>PO BOX 5100<br>MENTOR, OH 44061 |

**Court Rendered**    Circuit Court

**Creditor's Attorney**    ROBERT T KONRAD

**JUDGMENT AWARD ACTIVITY**

| Type | Amount | Judgment Date | Docketing Date / Time | Filing Date / Time |
|---|---|---|---|---|
| Judgment | $500,000.00 | 06/23/2021 | 07/06/2021 9:33 AM | 07/06/2021 9:30 AM |

**\*\* Plus Interest at legal rate until fully satisfied \*\***

**ACTIVITY FOLLOWING ENTRY OF JUDGMENT**

| Date | Description | Debtor | County | Comment |
|---|---|---|---|---|
| 04/13/2022 | EXECUTION ISSUED | MARTIN LINDSTEDT | Stanley | |

STATE OF SOUTH DAKOTA    )
                                )SS    **EXECUTION**
COUNTY OF STANLEY      )

IN CIRCUIT COURT
IN MAGISTRATE COURT

THE STATE OF SOUTH DAKOTA TO THE SHERIFF OF STANLEY COUNTY:
You are required to satisfy the above judgment, together with interest and accruing costs from the date of judgment in the above entitled cause, from the personal property of the judgment debtor, and if sufficient personal property cannot be found, out of real property belonging to the judgment debtor on the day when the judgment was docketed, or at any time there after; and to make return of this execution with what you have done within sixty days after your receipt thereof, or within sixty days from the date of levy, if levy was made within that time.

THIS 13ᵗʰ day of April, 20 22

/s/ M Bridget Mayer, Circuit Court Judge



ATTEST: /s/ Kelly Caviness

by: _____
     Clerk/Deputy Clerk

(SEAL)

Received this execution on the _____ day of _____ of _____ year, at _____

Sheriff of Stanley County

_____
                            Sheriff

58CIV21-24

STATE OF SOUTH DAKOTA
CIRCUIT COURT, STANLEY CO
**FILED**

APR 13 2022

UJS 080 Revised 01/2014    **Clerk**
By_____

1

**Judgment Docket**

**In the Circuit Court**
STANLEY COUNTY

**Docket Number:**
58CIV21-000016-01

| JUDGMENT DEBTOR | JUDGMENT CREDITOR |
|---|---|
| MARTIN LINDSTEDT<br>338 RABBIT TRACK RD<br>GRANBY, MO 64844 | BRYAN ANTHONY REO<br>7724 TEA ROSE DRIVE<br>PO BOX 5100<br>MENTOR, OH 44061 |

**Court Rendered**   Circuit Court

**Creditor's Attorney**   ROBERT T KONRAD

**JUDGMENT AWARD ACTIVITY**

| Type | Amount | Judgment Date | Docketing Date / Time | Filing Date / Time |
|---|---|---|---|---|
| Judgment | $1,000,000.00 | 04/23/2021 | 07/06/2021 10:02 AM | 05/03/2021 10:00 AM |

**\*\* Plus Interest at legal rate until fully satisfied \*\***

**ACTIVITY FOLLOWING ENTRY OF JUDGMENT**

| Date | Description | Debtor | County | Comment |
|---|---|---|---|---|
| 04/13/2022 | EXECUTION ISSUED | MARTIN LINDSTEDT | Stanley | |

| STATE OF SOUTH DAKOTA | ) | | IN CIRCUIT COURT |
|---|---|---|---|
| | )SS | **EXECUTION** | IN MAGISTRATE COURT |
| COUNTY OF STANLEY | ) | | |

THE STATE OF SOUTH DAKOTA TO THE SHERIFF OF STANLEY COUNTY:
You are required to satisfy the above judgment, together with interest and accruing costs from the date of judgment in the above entitled cause, from the personal property of the judgment debtor, and if sufficient personal property cannot be found, out of real property belonging to the judgment debtor on the day when the judgment was docketed, or at any time there after; and to make return of this execution with what you have done within sixty days after your receipt thereof, or within sixty days from the date of levy, if levy was made within that time.

THIS _13th_ day of _April_, 20_22_

/s/ M Bridget Mayer, Circuit Court Judge

ATTEST: /s/ Kelly Caviness

by: _____
     Clerk/Deputy Clerk

(SEAL)

Received this execution on the _____ day of _____ of _____ year, at _____

Sheriff of Stanley County

_____
Sheriff

58C1V21-16

**STATE OF SOUTH DAKOTA
CIRCUIT COURT, STANLEY CO
FILED**

APR 13 2022
UJS 080 Revised 01/2014

_____ Clerk
By_____

1

**Judgment Docket**

**In the Circuit Court**
STANLEY COUNTY

**Docket Number:**
58CIV21-000040-01

| JUDGMENT DEBTOR | JUDGMENT CREDITOR |
|---|---|
| MARTIN LINDSTEDT<br>338 RABBIT TRACK RD<br>GRANBY, MO 64844 | BRYAN ANTHONY REO<br>7724 TEA ROSE DRIVE<br>PO BOX 5100<br>MENTOR, OH 44061 |

**Court Rendered**   Circuit Court

**Creditor's Attorney**   ROBERT T KONRAD

**JUDGMENT AWARD ACTIVITY**

| Type | Amount | Judgment Date | Docketing Date / Time | Filing Date / Time |
|---|---|---|---|---|
| Judgment | $750,000.00 | 03/29/2021 | 12/08/2021 9:42 AM | 11/30/2021 9:41 AM |

** Plus Interest at legal rate until fully satisfied **

**ACTIVITY FOLLOWING ENTRY OF JUDGMENT**

| Date | Description | Debtor | County | Comment |
|---|---|---|---|---|
| 04/13/2022 | EXECUTION ISSUED | MARTIN LINDSTEDT | Stanley | |

STATE OF SOUTH DAKOTA          )
                               )SS    **EXECUTION**
COUNTY OF STANLEY              )

IN CIRCUIT COURT
IN MAGISTRATE COURT

THE STATE OF SOUTH DAKOTA TO THE SHERIFF OF STANLEY COUNTY:
You are required to satisfy the above judgment, together with interest and accruing costs from the date of judgment in the above entitled cause, from the personal property of the judgment debtor, and if sufficient personal property cannot be found, out of real property belonging to the judgment debtor on the day when the judgment was docketed, or at any time there after; and to make return of this execution with what you have done within sixty days after your receipt thereof, or within sixty days from the date of levy, if levy was made within that time.

THIS ___13th___ day of ___April___, 20 22

/s/ M Bridget Mayer, Circuit Court Judge

ATTEST: /s/ Kelly Caviness

by: _____
    Clerk/Deputy Clerk

(SEAL)

Received this execution on the _____ day of _____ of _____ year, at _____

Sheriff of Stanley County

_____
Sheriff

28CIV21-40

STATE OF SOUTH DAKOTA
CIRCUIT COURT, STANLEY CO
**FILED**

APR 13 2022

UJS 080 Revised 04/2014    Clerk
By_____

1

**Judgment Docket**

**In the Circuit Court**
STANLEY COUNTY

**Docket Number:**
58CIV22-000016-01

| JUDGMENT DEBTOR | JUDGMENT CREDITOR |
|---|---|
| MARTIN LINDSTEDT<br>338 RABBIT TRACK RD<br>GRANBY, MO 64844 | BRYAN ANTHONY REO<br>7143 RIPPLING BROOK LN<br>PO BOX 5100<br>MENTOR, OH 44061 |

**Court Rendered**   Circuit Court

**Creditor's Attorney**   ROBERT T KONRAD

**JUDGMENT AWARD ACTIVITY**

| StanlType | Amount | Judgment Date | Docketing Date / Time | Filing Date / Time |
|---|---|---|---|---|
| Judgment | $250,000.00 | 04/27/2022 | 04/27/2022 10:11 AM | 04/27/2022 10:10 AM |
| Punitive | $250,000.00 | 04/27/2022 | 04/27/2022 10:11 AM | 04/27/2022 10:10 AM |

** Plus Interest at legal rate until fully satisfied **

**ACTIVITY FOLLOWING ENTRY OF JUDGMENT**

| Date | Description | Debtor | County | Comment |
|---|---|---|---|---|
| 04/27/2022 | EXECUTION ISSUED | MARTIN LINDSTEDT | Stanley | |

STATE OF SOUTH DAKOTA )

COUNTY OF STANLEY )SS   **EXECUTION**

IN CIRCUIT COURT
IN MAGISTRATE COURT

THE STATE OF SOUTH DAKOTA TO THE SHERIFF OF STANLEY COUNTY:
You are required to satisfy the above judgment, together with interest and accruing costs from the date of judgment in the above entitled cause, from the personal property of the judgment debtor, and if sufficient personal property cannot be found, out of real property belonging to the judgment debtor on the day when the judgment was docketed, or at any time there after; and to make return of this execution with what you have done within sixty days after your receipt thereof, or within sixty days from the date of levy, if levy was made within that time.



THIS 27th day of April , 20 22

/s/ Bridget Mayer, Circuit Court Judge

ATTEST: /s/ Kelly Caviness

by: _____
        Clerk/Deputy Clerk

        (SEAL)

Received this execution on the _____ day of _____ of _____ year, at _____

Sheriff of Stanley County

_____
                                                Sheriff

58CIV22-16

1

UJS 080 Revised 01/2014

Filed on: 04/27/2022  Stanley   County, South Dakota  58CIV22-000016

 Gmail

**Martin Lindstedt <pastorlindstedt@gmail.com>**

---

## FW: 22-3025 Stefani Reo v. Martin Lindstedt "clerk order filed denying dismiss case - other"

1 message

---

**Bryan Reo** <reo@reolaw.org>
To: Martin Lindstedt <pastorlindstedt@gmail.com>

Thu, May 19, 2022 at 9:48 AM

Sir,

I do not appreciate your delays and your lack of attention to these matters. Your brief will be due soon. Do you intend to brief the appeal or will you abandon it?

Sincerely,

Bryan Reo

Bryan Anthony Reo (#0097470)
REO LAW LLC
P.O. Box 5100
Mentor, Ohio 44061

(Business): (216) 505-0811

(Personal): (440) 313-5893

Admissions- Ohio Courts and Agencies [#0097470], Michigan Courts and Agencies [#P84119], N.D. Ohio, S.D. Ohio, E.D. Michigan, W.D. Michigan, 3rd Circuit, 6th Circuit, Court of Appeals for the Armed Forces (#37033), United States Air Force Court of Criminal Appeals (AFCCA), and United States Navy-Marine Corps Court of Criminal Appeals (NMCCA).

This electronic mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information. Any unauthorized review, use, disclosure, or distribution is strictly prohibited, and interception of the same is a federal criminal offense per 18 U.S.C. § 2511. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

*19 May Reo e-mail*

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**From:** ca06-ecf-noticedesk@ca6.uscourts.gov <ca06-ecf-noticedesk@ca6.uscourts.gov>
**Sent:** Thursday, May 19, 2022 10:45 AM
**To:** Bryan Reo <reo@reolaw.org>
**Subject:** 22-3025 Stefani Reo v. Martin Lindstedt "clerk order filed denying dismiss case - other"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**United States Court of Appeals for the Sixth Circuit**

**Notice of Docket Activity**

The following transaction was filed on 05/19/2022

**Case Name:**    Stefani Reo v. Martin Lindstedt

**Case Number:**  22-3025

**Document(s):**  Document(s)

**Docket Text:**
ORDER filed: The motion to dismiss for failure to file a brief [9] is DENIED. Defendant's extension motion [8] is GRANTED IN PART, insofar as he shall have until June 20, 2022, to file a brief. In order to promote continued case progress and prompt case submission, defendant is cautioned that any further requests for extension are unlikely to be granted. A reset briefing schedule shall issue separately. (JAC)

**Notice will be electronically mailed to:**

Mr. Bryan Anthony Reo: reo@reolaw.org

**Notice will not be electronically mailed to:**

Martin Lindstedt
338 Rabbit Track Road
Granby, MO 64844

The following document(s) are associated with this transaction:
**Document Description:** Cover Letter
**Original Filename:** /opt/ACECF/live/forms/JulieConnor_223025_6807180_CoverLetter-Orders.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105031299 [Date=05/19/2022] [FileNumber=6807180-1] [35f718ff15d2f85049c4f01e2b6cc5 0dff928ef806368571beacca566f87d2d994fac6724528c38f4d86e5d6c06e5fedbb7ba41274f713edd0615500804f55e4]]
**Recipients:**

- Martin Lindstedt
- Mr. Bryan Anthony Reo

**Document Description:** clerk order filed
**Original Filename:** 1335----Julie Connor----22-3025 Order Deny Dismiss Grant Brief Ext.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105031299 [Date=05/19/2022] [FileNumber=6807180-0] [03a053514048891e391b1e4f60e0d0c0fae9e5b6d9072eaedd648acf53659d35fbe247cfcac523a7a6cc925beef4a25ccc8f6c239a3f7e5ed7581186a982966c]]