## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**BRYAN ANTHONY REO, et. Al.,**

        Plaintiff / Counter-Defendants,

v.

**MARTIN LINDSTEDT, et.al.**

        Defendant(s)/Counter-Claimants.

Case No: 1:21-cv-1809

Judge Bridget M. Brennan

.

**FILED**

**JAN 3 0 2023**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

---

**REO LAW, LLC**
Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(T): (216) 505-0811
(E): reo@reolaw.org
*Professional Plaintiff and Attorney*

**PASTOR MARTIN LINDSTEDT**
CHURCH OF JESUS CHRIST CHRISTIAN /
ARYAN NATIONS OF MISSOURI
338 Rabbit Track Road, Granby Missouri 64844
(T) 417-472-6901
(E-mail) pastorlindstedt@email.com
Defendant outside legitimate jurisdiction

---

## PASTOR LINDSTEDT'S & LINDSTEDT's ARYAN NATION CHURCH ANSWER & COUNTER CLAIMS AGAINST BRYAN REO & REO COUNTER-DEFENDANTS

---

### I. OVERVIEW OF THE DEFENDANT(S) ANSWER AND COUNTER-CLAIMS

NOW COMES Pastor Martin Lindstedt of and with the Church of Jesus Christ Christian / Aryan

Nations of Missouri (henceforth also Aryan Nations Church) to file this Answer & Counter-Suit

against Bryan Reo who is far from a private individual nor are the rest of the Reo Family &

Friends but rather public-figure agent provocateur(s) (also known as "ZOGbots") working in

tandem with a corrupt illegitimate federal and state regime with its courts and evil-enforcement

serving Satan in order to destroy and enslave YHWH's Servant Nation of Aryan Christian Israel

in general and Pastor Martin Lindstedt of and with the Aryan Nations Church Militant as 1st Servant of that Racial/Religious Nation. This is the 6th Federal lawsuit without any jurisdiction or right brought by Bryan Reo since 2014 in order to impoverish, distract and destroy through "civil lawfare" leading inevitably to civil warfare Pastor Lindstedt and his Aryan Nations Church.

The State of South Dakota has as well participated in civil lawfare/warfare by in conjunction with lawyers, the courts, and the law enforcement already awarded to Bryan Reo Pastor Lindstedt's inheritance of 1806 acres, stolen over three years of rental income and harassed for $150,000+ Pastor Lindstedt's sister in violation of South Dakota State Law 15-16A-6 while four Bryan Reo cases were under appeal. The 6th US Circuit Court of Appeals on Dec. 8, 2022 decided to reverse & remand for trial (Case 21-3633/3661/4191/22-3025) all four consolidated cases. Since there is no stopping Bryan Reo or these Ohio (and South Dakota) state and federal courts from destroying "white supremacist" Pastor Lindstedt, his family & supporters, and Aryan Nations Church using like ancient Sodom & Gomorrah the power of their illegitimate courts claiming a false dominion & fraudulent jurisdiction then Pastor Lindstedt and The Aryan Nations must pursue this civil war to the destruction of these federal and state regimes by destroying the Peoples & Regimes which serve Satan in order to preserve our lives, liberties, properties, and sacred honor.

The entire gravamen of this Bryan Reo litigation is that Bryan Reo was able to file and eventually win a defamation and libel lawsuit before a Lake County ~~lynch mob~~ jury and a corrupt judge who were reliving the very same issues that led to the First Civil War in which a white supremacist pastor and his Aryan Nations Church was sued over what was allegedly said about pretend 'white supremacist' but actual agent provocateur Bryan Reo getting fired from his job at the North Perry Nuclear Power Plant (NPNPP) in a bare post on the Aryan Nations web

2

forum which was not actually entered into evidence at the trial but rather an exercise in anti-white imperialism and because Pastor Lindstedt has mentioned this matter as a reason to fight and win this 2d Civil War Bryan Reo seeks to relitigate this matter over and over again (but not forthrightly mentioning Pastor Lindstedt's Aryan Nations Church as part of his agent provocateur job along with other ZOGbots before yet another Ohio ~~lynch mob~~ jury and judge as opposed to a Western District of Missouri judge and jury who will rule that Bryan Reo, his family and friends are merely yet another ZOGbots doing theys' job to destroy white supremacist pastors and Aryan Nations Churches who have suffered no real damages for being called out.

Hence this Answer & Counter-Claims in which the Adamic side makes its position clear to this Satanic side justifying doing what is necessary for final victory in this Second Civil War.

## II. PARTIES

Plaintiff / Counter-Defendant Parties Suing & Being Sued by Defendant/Counter-Claimants

**2.A.** BRYAN REO. Contrary to Bryan Reo's lies in his initial Complaint filed on 23 Sept. 2021, Bryan Reo is far from a private figure for this 6th federal lawsuit. Rather Bryan Reo is not only a public figure within the white supremacist / Christian Identity Movement but an agent provocateur who also founded the 501(c)(3) Foundation for the MarketPlace of Ideas which has another ten fellow agents provocateur who brought about Charlottesville Virginia "fedsurrection/riot" engaged in 25+ state and federal lawsuits along with his wife and father against Pastor Lindstedt, the Aryan Nations and Pastor Lindstedt's sister along with other antifa lawyers deliberately out to destroy the White Nationalist / White Supremacist Resistance movements both above-ground and under-ground as part of through civil lawfare destroying dissent. Thus as not only a public figure and agent provocateur Bryan Reo cannot lawfully file

this frivolous lawsuit which will lead to a nasty civil warfare eliminating much of the local population of Northeastern Ohio & the Missouri River area of South Dakota.

Thus while Reo implausibly claims to be a private figure, Reo's conduct against Pastor Lindstedt and Lindstedt's Church is that of a public figure as well as an agent-provocateur with no cause for action under *New York Times v. Sullivan,* 376 US 254. Reo has been abusing legal process against Pastor Lindstedt since April 2014 when Reo filed a federal lawsuit transferred to the Western District of Missouri by Judge James Guinn acting according to 28 U.S.C. § 1391(b), *"Venue is proper <u>only</u> in the Western District of Missouri where Granby is located. Reo v. Lindstedt*, 1:14-cv-00816 Page ID #38". Since Pastor Lindstedt's Aryan Nations shall be added to as a party to this litigation as it was in Lake County Ohio by Bryan Reo then all defendants are in the Western District of Missouri and thus Judge Brennan's Dec. 20 (Doc #20) regarding venue shall have to be reconsidered according to Pastor Lindstedt's Federal Rule of Civil Procedure (hereafter F.R.Civ.P.) Rule 59 & 60 Motion filed recently. With this Answer & Counter-Claims filed by Pastor Lindstedt this matter will become a Revolutionary show trial of White Supremacists against a Satanic Mighty Evil Empire justifying a racial & religious total civil war for religious freedom for the Aryan Nations and extermination for the anti-white Satanist regime.

**2.B** – Stephanie Rossi Reo Stefani Rossi Reo (hereafter Mrs. Reo) is Bryan Reo's wife. Pastor Lindstedt saw her jumping up and down in the hallway of the Lake County Courthouse at trial on 25 June 2019 trying to get Bryan Reo's and another mongrel's attention (who Pastor Lindstedt later found out was Bryan Reo's father) and failing to do so like a puppy. Pastor Lindstedt thinks she is a "beard", i.e. a woman that homosexuals marry in order to present a look of normal manly behavior. Pastor Lindstedt republished a Bryan Reo "Quora" article about her deceiving Reo with talk of wanting children, avoiding a divorce, then deceiving Reo again which Reo since

4

deleted. She was used as a catspaw for by Bryan Reo suing Pastor Lindstedt for $500,000 for Lindstedt publishing these observations, Mrs. Reo lives with Bryan Reo probably at 7143 Rippling Brook Lane, Mentor Ohio. Her $500,000 judgment was set aside and reversed and remanded for retrial by the 6th Circuit Court of Appeals (Case # 21-3633/3661/4191/22-3025) and since Bryan Reo wants to relitigate his wins so too should his losses be relitigated also

**2.C Anthony Domenic Reo** is Bryan Reo's father (hereafter Bryan Reo's father). Pastor Lindstedt had counter-sued Bryan Reo's father in the 2014 federal and 2015 Lake County cases but Bryan Reo evaded service on behalf of its father. The first day of the Lake County trial on 24 June 2019 Bryan Reo told its father to not show up because Pastor Lindstedt was so vile. So the next day when Pastor Lindstedt seen Mrs. Reo jumping around in the hall and neither of the two mongrels paying any attention to her, Pastor Lindstedt assumed that it was because they were homosexual mongrels. Later when Bryan Reo sent its 9 Sept 2019 filing for *Stefani Rossi Reo v Martin Lindstedt* 19VC001466 Pastor Lindstedt figured out that what he had mistook for a homosexual mongrel was Bryan Reo's father – a mongrel yes, but probably not a homosexual mongrel. Bryan Reo's father sued Pastor Lindstedt under the supervision of Bryan Reo sued for $500,000 in *Anthony Domenic Reo v. Martin Lindstedt* 19CV001531 in Lake County Ohio. This case was removed to federal court, Case # 1:19-CV-02615 and his $500,000 judgment was set aside and reversed and remanded for retrial by the 6th Circuit Court of Appeals (Case # 21-3633/3661/4191/22-3025) and since Bryan Reo wants to relitigate his wins so too should his losses be relitigated also. Bryan Reo's father lives with Bryan Reo's wife & Bryan Reo at 7143 Rippling Brook Lane, Mentor Ohio.

**3. Foundation for the MarketPlace of Ideas** (FMI) / ZOGbot Poverty [F]Law Center (ZPLC) a pretend "white supremacist" lawfare group but actually a collection of agents provocateur

working for the federal regime to provoke & entrap white people and anti-regimeist groups and to destroy them through espionage & civil lawfare, especially Pastor Lindstedt & Aryan Nations. Below are these officers of the FMI who were and who likely are still working with Bryan Reo.

At below link is the four-page 2017 Short-Form IRS 501(c)(3) Corporate Tax Statement for The Foundation for the MarketPlace of Ideas which among its accomplishments was promoting the Charlottesville Riots in August 2017 as part of an agent provocateur effort to rope in credulous ZOGling whiggers into getting doxxed and to bring about criminal and civil lawfare penalties.

http://bryanreo-lawsuits.xyz/Reo_19CV001530_f2589/2020/Mar20/14Mar20_ML/Doc%2026-1%20501c3%20Tax%20Form.pdf

The Board of Directors were mainly Bryan Reo, his suspected Aryan homosexual lover Kyle Bristow, Bryan Reo's lawyer Brett Klimkowsky who acted against Pastor Lindstedt and his Aryan Nations Church before Bryan Reo got a law license. Also were other ZOGbots such as the 1/8 jew mischling Richard Spencer as "head" of the Alt-Right, Mike 'The Kike" Isaac Enoch Peinovitch, Thom Robb of the Knight's Party Ku Klux Klan lawyer son Jason Robb Esq,, James Edwards of the Political Cesspool who with Kyle Bristow civil lawfared a negro reporter from Detroit who noticed the coonections between these pseudo white supremacist ZOGbots. The purpose of adding these past and present ZOGbots to this lawfare Bryan Reo case is to show that the federal and state regimes of Ohio and South Dakota are parties to this civil lawfare which justifies civil warfare against Pastor Lindstedt and his Aryan Nations Church and thus justifies this overthrow and extermination of these anti-white Satanic criminal regimes and their ZOGbot agents and friends and families at the conclusion of this 2d Civil War.

6

**3.B Attorney Kyle Bristow, Esq.** 42383 Garfield Rd, Mt. Clemens MI(?), PO Box 381164 Clinton Twp 48038. Law Office (248) 838-9934 BristowLaw@gmail.com is Chairman of the Foundation for the MarketPlace of Ideas (FMI) and Bryan Reo was Bristow's "law clerk" and on the Board of Directors. FMI was a "White Supremacist" 501(c)(3) corporation which practiced "lawfare" for what turned out to be federal agents provocateur "leading" the "Alt-Right" in forcing state university systems to host Richard Spencer – also on the Board of FMI like Bryan Reo and Brett Klimkowsky. FMI dissolved itself in early March 2018 with the resignation of Kyle Bristow. However, Kyle Bristow drafted and wrote a motion for attorney's fees for Brett Klimkowsky and submitted by Bryan Reo on July 24, 2019. Thus Kyle Bristow and Brett Klimkowsky are still actively conspiring with Bryan Reo to steal Pastor Lindstedt's inheritance and violate Pastor Lindstedt's and Lindstedt's Church's First Amendment and other civil rights. Kyle Bristow was served in one or two of the Bryan Reo cases which was appealed, set aside and reversed and remanded for retrial by the 6th Circuit Court of Appeals (Case # 21-3633/3661/4191/22-3025) and since Bryan Reo wants to relitigate his wins so too should his losses be relitigated also.

**3C. Attorney Brett Allan Klimkowsky**, Esq. P.O Box 114, Martin Ohio 43445 (419-360-1738) brett1066@gmail.com was Bryan Reo's lawyer and around July 23 2019 re-appeared under Bryan Reo's Motion for Attorney's Fees which Attorney Kyle Bristow wrote and to make an affidavit for $4200. Brett Klimkowsky, like Bryan Reo were members of the Board of FMI. However, like Bryan Reo they are actually liberals pretending to be White Supremacists until they decided that they didn't want to play White Supremacist any more in March 2018 after getting public criticism for racism.. All three of FMI Attorneys Reo, Bristow and Klimkowsky were and probably still are actively working against Pastor Lindstedt and Lindstedt's Aryan

7

Nations Church and so they are hereby added to this suit through counter-claim against Bryan

Reo Plaintiffs. since Bryan Reo wants to relitigate his wins so too should his losses be relitigated also.

**3.D. Richard Spencer** as former "head" of the Alt-Right, **Mike 'The Kike' Isaac Enoch Peinovitch, Thom Robb** of the Knight's Party Ku Klux Klan lawyer son **Jason Robb Esq,, James Edwards** of the Political Cesspool, addresses not presently known to Pastor Lindstedt. Since these FMI/ZPLC Board Members were working with Bryan Reo, Kyle Bristow, and Brett Klimkowsky pretending to be actual White Nationalists / Supremacists back in 2016-2018 and still are working in the Movement there is reason to bring them into this Bryan Reo as a public figure ZOGbot working on behalf of this federal and state criminal regimes acting against Pastor Lindstedt as a white supremacist Aryan Nations pastor and his Aryan Nations Church civil lawfare litigation against racial and religious dissent done by this government court.

**4.A. William Raymond Finck** 10941 S Fork Loop, PO Box 7201, Panama City Fla 32413. Operator of Christogenea.org, also counter-sued in the Bryan Reo Lake County lawsuit. William Finck is a jewish former Jersey City jailer who took it into its head to murder a Puerto-Rican sneak thief named Arnauldo Ortega in the Jersey City New Jersey Jail in 1989. Finck stomped Ortega breaking his sternum, and denied Ortega medical attention so that Ortega died a few days later. Even worse, Finck induced other jailers, specifically David Dumers, to aid in the murder. The New Jersey authorities let it slide but there were federal civil rights violations charges for the murders and Finck testified against Dumers and was rewarded with a plea bargain of 15 years imprisonment. Then Finck ruined Dumers appeals in U.S. v. Dumers 135 F.3d. 767 by filing a failed appeal the very same time U.S. F.3d 767. Sometime in the late 1990s and by 2001 the Federal Government decided to insinuate jews like Eli James, Clifton Emahiser and so a known snitch/fin[c]k like William Finck was given a spurious New Testament translation and other non-

8

white agents provocateur like Bryan Reo were tasked with bringing William Finck into the above-ground Christian Identity Movement since Finck got out of prison in Dec. 2008. Bryan Reo has taken down Pastor Lindstedt's web pages by using fraudulent DMCA complaints and tortuous interference Terms of Service complaints. Finck gave Bryan Reo a Wordpress blog on Christogenea.org in which Bryan Reo published that Pastor Lindstedt was a "convicted child molester" and that post was kept up until 2013-14 when Bryan Reo found out from Bryan Reo antifa Attorney Robert Konrad's stealing of Pastor Lindstedt's sister's legal files at the Ollinger Law Firm of Pierre South Dakota about Pastor Lindstedt's 1800 acres in South Dakota and took down the post and filed a federal DMCA complaint before this federal Court. William Finck had Bryan Reo write up a Motion to Dismiss himself in the Lake County civil-litigation and his girlfriend for lack of jurisdiction in Dec. 2015. Bryan Reo has been involved with Finck since at least 2018. Bryan Reo has done hundreds of podcasts with William Finck and was known as SwordBrethren on Finck's old forum. Both of them get involved in White Supremacist organizations, subvert them, inform on these aboveground organizations working to put "fresh meat" into the federal and state "anti-domestic terror" prison-industrial complex. Since Bryan Reo wants to relitigate his wins so too should his losses be relitigated also.

**The Criminal-Regimeist Bryan Reo Counter-Defendants Needing Overthrow & Destruction**

**5. Lake County Ohio Court of Common Pleas / Judge Patrick Condon**. Bryan Reo used the Lake County Court of Common Pleas to enrich itself through abuse of legal process both before and now that it is an officer of that Court. Bryan Reo has "won" a judgment for $40,000 in unnamed compensatory damages, $50,000 in punitive damages in Reo. v. Lindstedt 15CV001590, and $15,000 for "false light" against Lindstedt and $200 in compensatory and $200 in punitive damages against Pastor Lindstedt's Church in Reo v. The Church of Jesus

Christ Christian / Aryan Nations of Missouri in Reo v. The Church of Jesus Christ Christian / Aryan Nations of Missouri 16CV000825 (which claimed jurisdiction when the Mentor Municipal Court declined to exercise becoming a Bryan Reo litigation mill and kicked it up to Lake County). There should be no real jurisdiction regarding what is said over the Internet eight or nine years ago between warring public figures 900 miles apart, several states away and violative of the First Amendment, otherwise there can be no Internet. Yet the Lake County Court and Judge Patrick Condon has held a farcical trial on claims barred by the Ohio Statutes of Limitation, refused to allow Pastor Lindstedt to present evidence in his own favor, issued improper jury instructions, empaneled a biased jury, and conducted farcical tyrannical proceedings. Indeed, how is it possible to sue a Church for mere "words" as in Reo v. Aryan Nations of Missouri except by violating the First Amendment paper guarantees of Freedom of Speech and Religion and the Press? Rather the Lake County Court and Judge Patrick Condon had as much "right" and jurisdiction to try Pastor Lindstedt and his Aryan Nations Church before a ~~lynch mob~~ jury and judge biased against a Missouri white supremacist pastor and his Aryan Nations Church as did Sodom & Gomorrah to kidnap, rob and murder caravan travelers under color of law on the Red Sea to Mespototamia trade routes a day outside theys' city limits. Since Jesus Christ said that the Men of Sodom who were killed along with theys' families and animals for this abuse of non-subject strangers under color of predatory "law" would judge those of the modern era then so too should the Church of Jesus Christ Christian / Aryan Nations of Missouri chernobylize the North Perry Nuclear Power Plant. Turn Northeastern Ohio into an irradiated wasteland, Lake Erie becomes the New Dead Sea, non-whites are exiled to this theocratic military dictatorship successor regimes as a reservation/ghetto, and a republican form of corrupt democracy is for the next 200,000 years discredited as long as the wasteland remains radioactive

10

as a form of government over YHWH's Servant Nation of Aryan Christian Israel or until

Christ's return. The address of the Lake County Court of Common Pleas / Judge Patrick Condon

is Lake County Courthouse, 47 North Park Place, Painesville, Ohio 44077

**6. The State of Ohio.** The State of Ohio presumes to "license" attorneys who are otherwise

self-regulated by their bar associations and Ohio Supreme Court. Thus Bryan Reo has been

allowed to run wild filing frivolous and malicious litigation against Pastor Lindstedt and

Lindstedt's Church. Furthermore, the Ohio Supreme Court has given attorneys a false patent of

nobility to where Pastor Lindstedt couldn't defend in their court his Church. The religious view

is that the adversarial system parallels Satan going against the Body of Christ and Satan is the

Adversary / Accuser. Thus to hire a lawyer to represent the Church would be to hire Satan to

represent the Body of Christ. So therefore there is a conflict in which religious principles are in

conflict with the State of Ohio's goals to increase the power of its officers of its courts to the

detriment of the Church. Therefore a federal question is why cannot a Church be represented by

its clergy as part of its exercise of religion and free speech? Contrary to Bryan Reo's lies, the

Church of Jesus Christ Christian / Aryan Nations of Missouri is NOT a 501 (c)(3) organization

or anything else other than a non-profit religious organization for the benefit of Aryan Christian

Israelites to advance Dual-Seedline Christian Identity beliefs. Since this Church was unable to

speak for itself or to do anything by itself then Bryan Reo had no claim against either Pastor

Lindstedt nor The Church of Jesus Christ Christian / Aryan Nations of Missouri. Punitive

damages for what? Religious speech and belief? Bryan Reo used the mere name "Aryan

Nations" to inflame a hostile jury and to get at Pastor Lindstedt under color of trial. Therefore the

State of Ohio, its bar associations and legal associations, and its courts absent any jurisdiction

over the Church was counter-sued / counter-claimed by Pastor Lindstedt and Lindstedt's Church.

However the main point was that through these Ohio courts Bryan Reo as an agent provocateur was used to bring civil lawfare litigation against Pastor Lindstedt and Lindstedt's Aryan Nation Church and thus to initiate civil warfare against persons and religious organizations never under their jurisdiction and thus leaving them open to overthrow and extermination along with their officers and their families. Since Bryan Reo's claims consist of claiming that Bryan Reo is relitigating the civil lawfare in which Reo won and which they are subject to extermination likewise should they be further placed at risk of losing the civil warfare they already initiated. The point person to be sued is therefore the Ohio Attorney General, 30 E. Broad Street, 14th Floor, Columbus, Ohio 43215.

**7. State of South Dakota, Stanley County Courts, Attorney Robert Konrad, Attorney Kody Kyriss, Stanley County Sheriff Brad Rathbun, and Judge Bridget Mayer.** In late Oct. 2019 Pastor Lindstedt, thinking of shooting some City of Granby Council-Criminals working with Bryan Reo who were bulldozing down the small trees and grass of his and Roxie Fausnaught's and niece and nephews' properties around 338 Rabbit Track Road in Granby and facing four more Bryan Reo lawsuits in Ohio decided to transfer his 1806-acre inheritance to his sister Susan Bessman without telling her anything about the plan to shoot Granby regime criminals or about Bryan Reo.  Bryan Reo's antifa attorney Robert Konrad who in late 2013 was working at the Ollinger Law Firm in Pierre South Dakota stole Susan Bessman's confidential legal files and notified Bryan Reo that Pastor Lindstedt had something worth stealing through civil lawfare. Since late Oct. 2010 when a supposed white supremacist calling itself "SwordBrethren" was detected by Pastor Lindstedt as Bryan Reo of Mentor Ohio and Bryan Reo broke a deal he requested to leave the Movement in return for Pastor Lindstedt not writing anything new about Bryan Reo lasting four days from 1 to 4 November 2010 for the next 3 ½ years Bryan Reo

contented himself with calling Pastor Lindstedt a convicted child molester and Pastor Lindstedt called Bryan Reo a crazed delusional homosexual mongrel agent provocateur (a nutty faggot mamzer ZOGbot). It wasn't until Bryan Reo found out that Pastor Lindstedt while living in a hovel off of Roxie Fausnaught's VA check had something worth stealing as a ZOGbot and in April 2014 filed its first federal lawsuit for $10.75 million in Ohio which was transferred to the Western District of Missouri by Judge James Guinn. That transferred federal lawsuit was dismissed without prejudice on 10 Sept 2015 because it was frivolous and because Bryan Reo although given 50 days to do so couldn't plausibly claim to have suffered $75,000 in damages. Eight days later on 18 Sept. 2015 Bryan Reo re-filed essentially the very same case before the Lake County court and in Feb 2016 before the Mentor Municipal Court another lawsuit against the Aryan Nations Church. However Bryan Reo and his suspected homosexual Aryan Lover Attorney Kyle Bristow were trying to set up the white supremacist civil lawfare Foundation for the MarketPlace of Ideas and for the next two years until well after the Ohio Statute of Limitations run out after they supposedly disbanded in March 2018 did the Ohio trial commence in June 2018 before their court of no jurisdiction.

According to South Dakota State Law 15-16A-6 absolutely no execution on Pasrtor Lindstedt's property could take place while appeals were pending. Since Pastor Lindstedt's sister wanted to quitclaim it back to Pastor Lindstedt when she was served and first heard of Bryan Reo if she would have been allowed to do so then the "unlawful transfer" lawsuit by Bryan Reo would have been mooted. Instead Bryan Reo, Attorney Robert Konrad, Susan Bessman's first lawyer Kody Kyriss, and possibly Judge Bridget Mayer decided to pressure Susan Bessman to instead as the owner of the inheritance to sign it over to Bryan Reo up until Sept 2021 when Bryan Reo decided to file this particular lawsuit to make sure he got something through civil

13

lawfare. In late November 2021 Robert Konrad decided to stop pressuring Susan Bessman otherwise he would take away her inheritance and let her quitclaim the property back to Pastor Lindstedt. However Judge Mayer was fining Pastor Lindstedt for "contempt" in cashing his rent check in Oct. 2019 before he transferred it to Susan Bessman and before the Feb. 2020 lawsuit. They decided to charge Susan Bessman for collecting the 2020 rents on the inheritance and give it to Bryan Reo while the matter was in before the 6th Circuit Court of Appeals and the Ohio and U.S. Supreme Courts. Susan Bessman lost over $150,000 + and didn't speak to Pastor Lindstedt from Sept. 2021 until 9 Dec. 2022 when Pastor Lindstedt sent her a text about the 6th Circuit reversing and remanding the Reo v. Lindstedt judgments (Case # 21-3633/3661/4191/22-3025). However on 11 April 2022 the South Dakota Supreme Court wrote the death sentences for every single lawyer, judge, politician, pig and theys' entire families and their regime to be destroyed or enslaved and sterilized by refusing Pastor Lindstedt's appeal and forbidding him to file anything unless approved by a judge or lawyer. Within two days Judge Bridget Mayer levied illegally on Pastor Lindstedt's Stanley County 1806 acre inheritance to be sold at sheriff's sale on May 23, 2022 and after calling the Governor's office, the Attorney General's Office, the SD supreme court, Stanley County Commissioners, and Stanley County Sheriff Brad Rathbun the property worth now $1.3 million was given to Bryan Reo who supposedly bid $2.9 million. On Dec. 9, 2022 the day after the 6th Circuit Court of Appeals reversed and remanded Attorney Robert Konrad made the Sheriff's unlawful sale official.

Since 27 Feb. 2020 when Pastor Lindstedt was served, Pastor Lindstedt has decided that the fate of South Dakota – where he was born and spent the first 7 years of his life – was for this Sodom & Gomorrah lawfare regime was to destroy the Oahe Dam on the Missouri River and flush away permanently never to be rebuilt Pierre the state capital and Ft. Pierre the county seat. Since the Missouri River bluffs are a half-mile away any and all lawyers, judges, regime criminals are to be skinned alive or crucified and their sons to have their testicles bitten off by theys' regime criminal parents and daughters

14

to be sodomized by the same and turned into "walking wombs". The "laws" of this regime are to be burnt and set aside. Everything and everyone serving the present regime is to be destroyed.

However for now in this litigation of Bryan Reo the above-mentioned South Dakota regime and sundry regime-criminals are Bryan Reo counter-defendants to this lawsuit.

**8. The US Government.** The Federal Government operates agents provocateur and informants designed to go within White Supremacy and Christian Identity groups, especially those calling themselves Aryan Nations. The Randy Weaver incident of 1992 was one such effort. Today there is a fedsurrection from Jan 6th in order to eliminate ZOG/Babylon's white subjects. Bryan Reo was working with jew infiltrators Eli James / Joseph November and William Finck to pretend to be Dual-Seedline Christian Identity. Bryan Reo in fact at William Finck's Christogenea forum on Aug. 2014 in a post called "Pray for My Success" wrote that Pastor Lindstedt was "the wicked one in Missouri" whose inheritance in South Dakota was targeted for theft under color of lawsuit by Bryan Reo – as in now. The Federal Government set up the Foundation for the MarketPlace of Ideas with Founding members Attorneys Kyle Bristow, Brett Klimkowsky and Bryan Reo and therefore since Bryan Reo is getting aid and assistance in persecuting Pastor Lindstedt and Pastor Lindstedt's Aryan Nations Church the federal government is a party to Pastor Lindstedt's counter-claims. Bryan Reo has admitted and alluded to working with the Federal Government as an informant; however Bryan Reo has also fantasized about gunning them down as well. The person to be served is U.S. Attorney for the Northern District of Ohio, 801 W. Superior Avenue, Suite 400, Cleveland Ohio 44113-1852. In this case as before Bryan Reo and the federal government are working together combating White Supremacy and Aryan Nations as a prelude to anti-white genocide with Bryan Reo as a mongrel ZOGbot pretends to be a victim.

**The Defendant(s) / Counter-Claimants Parties.**

15

**9. Pastor Martin Lindstedt.**   Having learned the fundamentals of Christian Identity since the age of 10, Pastor Lindstedt converted to the more militant Dual-Seedline Christian Identity doxology and came into the White Supremacy Movement through operating two local militias post-Waco to 1997. Pastor Lindstedt has operated a web page since Feb 1996, publishing mostly racist and Dual- belief Seedline Christian-Identity religious and racial political viewpoints generating c9ontroversy and the belief in anti-white states and communities that these anti-jew and anti-ZOG viewpoints should be declared illegal and punished by these "good-whites"in areas which fought against "bad-white slave-owning" Missouri in the First Civil War or by those in judicial and legal power in places like Northeastern Ohio or amongst the lawyers, judges, piglice and regime-criminals of South Dakota who literally think that Pastor Lindstedt and his Aryan Nations Church need to be punished for their religious & racial political beliefs. This is why Pastor Lindstedt wants this matter removed to Missouri where this case will be dismissed again like the first time.

Pastor Lindstedt was a local Resistance soldier in the late 80's, detected in the 1990s, created first a libertarian pro-militia new-zine, got on the Internet  in 1994, formed his first public militia (as opposed to local Klan survivalist group) in 1993 after Waco, got arrested in 1993 for smarting off to an FBI agent, ran as a libertarian state representative in 1994, ran for public office every year since (albeit not allowed on the open primary ballots because of being an open white supremacist on the Missouri Republican, Democratic, Libertarian, and Constitution ballot since 2010), formed the first web page – Patrick Henry On-Line in Feb. 1996, rose higher in the Movement since then, was jailed in a psychiatric prison on trumped-up child molestation because of a refusal to hire or accept a lawyer from 2005 to 2008, the bogus charges fell apart because the retarded grandson was raped in his first foster home and refused to lie against his grandfather,

got five front teeth knocked out by Newton County Sheriff's Deputies taking me illegally to the NutHouse for ridiculing one of them, formed the Church of Jesus Christ Christian / Aryan Nations of Missouri from the NutHouse in Oct. 2006 to try (unsuccessfully) from being doped up and maintained it ever since, in 2009 bought v-bulletin software for the Aryan Nations Christian-Nationalist Forum which acts as a enhanced current-effects, political, religious blog for white Aryan Christian Israelites, and have since 2010 fought with Bryan Reo, William Finck, Eli James and others who are jew or mongrel or whigger ZOGling ZOGbots.

The purpose of Pastor Lindstedt's Aryan Nations ministry is to overthrow this Satanic Mighty Evil Empire, reduce the population down to 10-30 million feral ex-whiggers ruled over by Ten-Thousand Warlords and bring about the Great Tribulation so that Jesus Christ will return and bring about YHWH's Kingdom. Bryan Reo and these other Satanic ZOGbots are out to destroy Pastor Lindstedt and his Aryan Nations Church and YHWH's Servant Nation of Aryan Christian Israel by this civil lawfare and so Pastor Lindstedt and his Aryan Nations has no choice other than to fight this matter before this federal court without anything other than Satanic jurisdiction and to help wipe away the non-Remnant which support this System, especially Bryan Reo.

**10. The Church of Jesus Christ Christian / Aryan Nations of Missouri** Is a Church Corporation in good standing within the State of Missouri since Oct. 2006 when Pastor Lindstedt had Roxie Fausnaught, his woman, file the paperwork before the Missouri Secretary of State for $25. The purpose of incorporation was to allow Pastor Lindstedt to call himself a "Pastor" and even an ArchBishop without having to buy an expensive and largely worthless credential from some seminary which in any case doesn't know a tenth as much Dual-Seedline Christian Identity doxology as Pastor Lindstedt. The main reason though was to avoid being drugged with psychotropic drugs as an excuse to keep Pastor Lindstedt in the maximum security Biggs Unit at

17

the Fulton State NutHouse while Pastor Lindstedt refused to let a pub[l]ic pretender or lawyer [mis]represent him for bogus child molestation charges and seek exception to this forced drugging like the Scientologists for religious reasons. The NutHouse Administration of course disobeyed the law and doped up Pastor Lindstedt until Lindstedt got to medium security and started filing lawsuits. Roxie Fausnaught was the agent for the Church corporation because the State of Missouri refused to recognize the NutHouse Address as synonymous with the Church Corporation. When Pastor Lindstedt got out of captivity the corporation renewals kept Roxie Fausnaught as agent until Bryan Reo maliciously sued her as well as the Church of Jesus Christ Christian / Aryan Nations of Missouri (Bryan Anthony Reo v. The Aryan Nations 16CV-0000824 before the Mentor Municipal Court in early 2016, whereupon Pastor Lindstedt took over as agent as well as president. Bryan Reo was knowingly suing an elderly bed-bound woman in her sixties, illiterate and the corrupt Lake County Court went along with the fiction that she had to hire an attorney licensed in Ohio to resist Bryan Reo's abuse of legal process. In that case Bryan Reo named the case Bryan Anthony Reo v. The Church of Jesus Christ Christian / Aryan Nations of Missouri and filed it before the Mentor Municipal Court who refused to accept this bogus jurisdiction but the Lake County ~~lynch mob~~ jury and judge usurped jurisdiction and one the matter of publishing a Channel 5 TV-News article about Bryan Reo getting fired from the NPNPP (rated category #3 or #104 out of 104 nuclear power plants) and asking questions about this matter: See "ThermoNuclear Niggerlips & The North Perry Nuclear Power Plant" of 30 April 2016 at 12:10 am and still visible since not edited or changed can be seen at:

http://whitenationalist.org/forum/showthread.php?p=14500#post14500

The fiction of these Satanic Mighty Evil Empire courts in Ohio and South Dakota is that Bryan Reo can file a second lawsuit in Lake County entitled Bryan Reo v. The Church of Jesus Christ

18

Christian / Aryan Nations of Missouri 16-cv-0000825, enflame a ~~lynch mob~~ jury to render a judgment against the Aryan Nations, then pretend in Ohio, in South Dakota, and again in federal court in this case but now because they don't want to be seen going against a racial religion which is dedicated to destroying this Satanic form of government and exterminating not only the non-whites but the regime criminals and ZOGling whiggers who support this Satanic system working openly against the Aryan Nations in violation of theys' own paper Constitutions and laws. Regardless, they still have a repeat of the Thirty Years War of religion but with race added which will destroy their regimes and courts.

Bryan Reo wants a repeat of the same thing in which he won back in 2019, but neither Reo, his fellow ZOGbots pretending to be white supremacist nor probably this court wishes to write their own Civil War 2 death warrants. The Aryan Nations is a party to this second Bryan Reo lawsuit covering the exact same things and issues.

## IIII. JURISDICTION AND VENUE

**A. Subject-Matter Jurisdiction.** Bryan Reo wishes to claim that this Northern District of Ohio federal district court has jurisdiction because Reo claims that he has had $75.000 in damages. In all of these cases Bryan Reo claims mythical damages which he will be unable to actually plausibly show which is why he got the first federal lawsuit dismissed when it was transferred to Missouri. In any case, Bryan Reo cannot sue because he is a public-figure agent provocateur acting against a known White Supremacist and his Aryan Nations Church. Pastor Lindstedt has already filed a F.R.Civ.P. Rule 59(e) and Rule 60 Motion for Judge Brennan to reconsider her Judgments (Doc 20) of 20 Dec. 2022 and jurisdiction issues has always been an issue from the days of Sodom & Gomorrah circa 2000 B.C. in the days of Abraham when YHWH destroyed

them all for kidnapping caravan travelers on the trade caravans from the Red Sea to

Mesopotamia. Today's Vesuvious is the North Perry Nuclear Power Plant for which Bryan Reo

was fired from because of old Aryan Nations web pages posting that "SwordBrethren / Ol'

Niggerlips = Bryan Reo". In a 2d Civil War both sides have a say in how they conduct that racial

and religious civil war.

**B. Personal Jurisdiction.** Bryan Reo wishes to claim that this Ohio federal district court has

personal jurisdiction over Pastor Lindstedt and his Aryan Nations Church under some case law

There is the lying clam that "Defendant caused tortious injury to Plaintiff in the State of Ohio

by an act outside of the State of Ohio that was committed by Defendant with the purpose of

injuring Plaintift when Defendant might reasonably have expected that Plaintiff would be

injured in the State of Ohio. R.C. § 2307.382(A)(6); Civ.R. 4.3(A)(9); *Kauffman Racing

Equip., L.L.C., v. Roberts, 126* Ohio St.3d 81, (Ohio 2010) (holding that a non-commercial

website intentionally used to defame an Ohio resident provides Ohio courts personal

jurisdiction over foreign tortfeasor)." Ignored is the fact that Bryan Reo is not only a public

figure agent provocateur but that reporting Bryan Reo to others within the Movement is

simply the sort of political speech and by the Aryan Nations that is religious speech

expressly protected by the Constution and Bill of Rights. However like all agent

provocateurs who happen to be lawyers and police informants going after white supremacists

and Aryan Nations pastors and their Church Bryan Reo gets to use civil lawfare as abuse of

legal process. However in *Kauffman* The Ohio Supreme Court panel had a dissent judge who

warned about plaintiffs dragging in citizens of other states for Internet defamation. Nor did

anyone think that professional ZOGbots, particularly non-white part jewish/negroid ones like

Bryan Reo would drag Missouri white supremacist / Aryan Nations pastors and Churches

900 miles away to face trial by a jury of African females and liberal whiggers who have since 13 June 2016 targeted the North Perry Nuclear Power Plant for destruction to eliminate Blue Hives using their ailing power plants. In fact, by republishing a TV Channel 5 story and wondering if they knew that Bryan Reo was a pretend non-white white supremacist and wishing that Pastor Lindstedt had taken down all the Bryan Reo material so as to get that evil Satanic golem to chernobylize the NPNPP. Pastor Lindstedt by republishing the Cleveland TV channel might have saved the Cleveland area, and it annoys Pastor Lindstedt and he wishes to undo that mistake. In fact, Pastor Lindstedt found out in July 2021 that some nut from Michigan who might have been reading Pastor Lindstedt's web page made a threat in April 2021 to do so and got the psychiatric help he sought. The proper way for White Supremacists after chernobyling the NPNPP because they inadvertently saved it by talking about Bryan Reo is to abolish Ohio'sn "long arm" statute by simply removing the arms of lawyers, judges, police, politicians and their entire families above the elbows. After all they won't be able to claim "long arm" jurisdiction over others who want nothing to do with them if all of tghem and theys' entire family have nothing but short arms or no arms as well as they enjoy the radioactive desert they have earned.

Bryan Reo lies about Pastor Lindstedt going to Lake County Ohio to harass him. Pastor Lindstedt wanted nothing to do with Northeastern Ohio. Now thanks to Bryan Reo civil lawfare Pastor Lindstedt shall have to send secret white supremacists to prion-poison Ohio and to make sure to make an example of Ohio by finishing off theys' nuclear power plant and cutting off theys' 'long arms' and teaching their ZOGbots to not bring down dire judgment. Stopping by the Lake County Bar Association to complain about Bryan Reo and getting a complaint form isn't unlawful. Insofar as Bryan Reo's yapping about a Civil Stalking

Protection Order it was used in early 2016 against Pastor Lindstedt and Pastor Lindstedt wasn't allowed to respond by telephone. This is why Pastor Lindstedt is looking forward to trying the same trick against Ohio lawyers and judges of demanding that they answer baseless complaints, setting it to where they cannot, and then skinning them out for contempt of a Resistance Drumhead Tribunal. In March 2020 Bryan Reo and Robert Konrad tried the same trick and as in 2016 Pastor Lindstedt wasn't allowed to telephone it in but the magistrate judge caught Bryan Reo in perjury and dismissed that Civil Stalking Protection Order. Perhaps Bryan Reo can tell this Court about how he got caught out but regrettably not disbarred.

**C. Venue** Insofar as the proper venue is concerned, Pastor Lindstedt has kept on saying about how ND Ohio judge James Guinn in Reo v. Lindstedt sent the matter to the Western District of Missouri where Bryan Reo's first case was dismissed. Pastor Lindstedt recently sent out another F.R.Civ.P. Rule 59(e) & 60 Motion asking Judge Brennan to reconsider her Doc. 20 Judgment considering jurisdiction.

As an initial matter, venue for this action is not proper in the Northern District of Ohio. Pursuant to 28 U.S.C. § 1391(b), a civil action may be brought in: (1) a judicial district in which any defendant resides, if all defendants reside in the same state in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the Court's personal jurisdiction with respect to such action. Lindstedt is a resident of Granby, Missouri. He is the only defendant. ***Venue is proper <u>only</u> in the Western District of Missouri where Granby is located***. *Reo v. Lindstedt*, 1:14-cv-00816 Page ID #38

22

As part of answering Bryan Reo's initial lying complaint Pastor Lindstedt is merely repeating that this court is merely benefitting its favorite agent provocateur against a white supremacist Aryan Nations pastor and his Aryan Nations Church. Until such time as we can overthrow the current regime following a Satanic system theys' agents provocateur get to run wild. Pastor Lindstedt understands that, & intends to simply file these motions bide his time until Collapse.

## VI. ANSWERING & COUNTERING BRYAN REO "REO-FACTS"

1.. At the heart of this litigation is a 1-page post from  30 Apr. 2016 post "ThermoNuclear NiggerLips Bryan Reo & The North Perry Nuclear Power Plant" which can still be seen, unmodified from 30 April 2016 in the Aryan Nations Forum at:

http://whitenationalist.org/forum/showthread.php?p=14500#post14500

Contrary to what Bryan Reo claims in item #7. (while ignoring that the Church of Jesus Christ Christian was on trial and assessed $400 judgment but the point of naming the Aryan Nations was to inflame a Lake County Ohio jury with one African female and seven gliberal whiggers who hate white supremacists & white supremacy and ignoring that Bryan Reo was involved in the white supremacist and Christian Identity Movement and thus as a public figure AND an agent provocateur could not sue for defamation and false light and all the charges were after the Ohio Statute of Limitations plus little evidence was presented and Bryan Reo was allowed to run wild. The Lake County Ohio jury trial of 24-26 June 2016 was nothing more than having an Ohio ~~lynch mob~~ jury and corrupt judge run a kangaroo court against the Missouri white supremacist Aryan Nations pastor and his Aryan Nations Church.

Plus Bryan Reo was after Pastor Lindstedt ever since 2013 when he found out that Pastor Lindstedt had 1806 acres inheritance to steal from Antifa lawyer Robert Konrad who stole Pastor Lindstedt's sister's legal files and colluded to steal under law that property. Hence Reo took down the provocations especially calling Pastor Lindstedt a convicted child molester. Reo was taking down Aryan Nations web pages in March 2010 and after Reo was found out that "SwordBrethren the Teutonic Crusader" was Bryan Reo the infamous homosexual part jew part negro Mamzer from Mentor Reo begged that in return for not publishing any new Reo material that Reo would leave the Movement which agreement Reo kept from 1-4 November 2010 and then broke on 5 November 2010 by reprinting calling Pastor Lindstedt a convicted child molester and proceeding to take down a dozen Aryan Nations web pages and allied groups also.

Given that Bryan Reo presented no exhibits and Reo was forbidden to present any "defamation" before one year Reo nevertheless was allowed to make claims about what Pastor Lindstedt wrote. The sole evidence was this one post asking questions about a TV-5 story involving Bryan Reo getting fired from the NPNPP, presumably after Reo was discovered to be a wannabe white supremacist thanks to a Google search after other workers created a number of nuclear accidents.

**2.** Reo item #8. *Specifically, Defendant's statements about the Plaintiff and PNPP were that Plaintiff was sabotaging plant equipment, staging accidents, causing incidents, and was determined to be an internal security risk due to what Defendant stated was Plaintiff's alleged attempt to sabotage the reactor core of PNPP and cause a melt-down incident.*

**ANSWER.** Bryan Reo is simply lying about this matter altogether. Pastor Lindstedt speculated in his questions concerning the TV-5 article that Reo was fired as an internal security risk due to

24

Reo pretending to be a white supremacist for years. Reo was known to make threats and supposedly threatened to use guns stored in his car.

    **3.***Bryan Reo Statement #9. Defendant admitted at the Lake County Trial that lie had no evidence to support the truth of any of his statements, that he never worked at PNPP, that he never spoke to anybody who worked at PPP, and that lie had absolutely no firsthand nor direct knowledge as to how or why Plaintiff's employment came to an end or under what circumstances it came to an end.*

**ANSWER.** Pastor Lindstedt merely reprinted the Cleveland TV-5 article and asked a set of questions. Pastor Lindstedt never claimed to know the truth about what Cleveland TV-5 did this story on or to work at the NPNPP. The TV-5 article said Bryan Reo was fired. Bryan Reo is merely making things up and trying to criminalize posting a news story about Reo.

**4.**Reo statement #10 *Defendant further stated at the Lake County Trial that he made the statements about Plaintiff and PNPP because Defendant found it amusing to make the statements and because Defendant believed he had a First Amendment right to be able to say anything he wanted about anybody he wanted under any circumstances he wanted.*

    Denied. This is altogether a set of lies by Bryan Reo. This Aryan Nations pastor doesn't lie about crazed delusional mongrel homosexual ZOGbots much less find lying amusing.

**5.** Reo statement #11. *Defendant ultimately admitted at the Lake County Trial that he did not even know if Plaintiff had quit his employment at PNPP or been fired by PNPP or under what circumstances Plaintiff's employment came to an end.*

    **Answer.** Denied. The Cleveland TV-5 article said Reo said he got fired While it is a safe bet to assume Reo always lies, why would Cleveland TV-5 lie about Reo lying?

**6. Reo statement #12.** *Verdict was rendered in favor of Plaintiff at the Lake County Trial on June 26, 2019 with the trier of fact [a duly and properly empaneled jury] finding that Martin Lindstedt, defendant in that action and this instant action, committed the torts of defamation per se and invasion of privacy false light with, among other statements, those Defendant Lindstedt made about Plaintiff and the Perry Nuclear Power Plant.*

 **ANSWER**. The Lake County ~~lynch mob~~ jury and crooked local judge really socked it to the Aryan Nations pastor and his Church. Which is why in order to be free of Mighty Evil Satanic Empire and worthless whiggers in NE Ohio it is necessary to quantrillize & chernobyl NE Ohio.

**7.** Reo statement #13 *On September 28, 2020 Defendant published on the worldwide web an MP3 recording [which he purported to have created earlier that same day, 9/28/2020] wherein he made statements about Plaintiff and INPP, the substance of which were substantially similar and at times almost identical to statements already deemed defamatory and false light. Specifically, Defendant claimed that Plaintiff was fired from the North Perry Nuclear Power Plant as a security risk who caused accidents and staged incidents to sabotage the plant."*

**Answer.** Pastor Lindstedt cannot find a published or unpublished mp3 recording dated 28 Sept. 2020. If it was published perhaps Bryan Reo could provide a hyperlink. Pastor Lindstedt has talked and wrote quite a bit about Bryan Reo as a crazed delusional homosexual mongrel ZOGbot who lies all the time however. Pastor Lindstedt thinks that a crazed delusional homosexual mongrel ZOGbot is quite a security risk to everyone and anything, however if it did take out the NPNPP that would be great and spare Klansmen and/or Aryan Nations from having

to do it themselves later, Pastor Lindstedt did not state that public figure agent provocateur Bryan Reo did anything to sabotage the North Perry Nuclear Power Plant – regrettably.

**8.** Reo statement #14. *Allegations that an individual was a security risk who sabotaged nuclear power plant equipment within a nuclear power plant would be allegations of criminal conduct. See Title 42 U.S.C. § 2284 Sabotage of nuclear facilities or fuel which provides that, "Any person who knowingly causes an interruption of normal operation of any such facility through the unauthorized use of or tampering with the machinery, components, or controls of any such facility, or attempts or conspires to do such an act, shall be fined not more than $10,000 or imprisoned for not more than 20 years, or both, and, if death results to any person, shall be imprisoned for any term of years or for life."*

**Answer.** Pastor Lindstedt is happy that Bryan Reo obviously has studied in great legal detail about the legal consequences of his sabotaging the NPNPP. It will give Pastor Lindstedt something else to talk about Bryan Reo. However, in all these Bryan Reo cases Bryan Reo invariably looks up the legal penalties for what Bryan Reo might do but falsely claims Pastor Lindstedt said he did.

**9.** Bryan Reo statement #15. *An allegation that one sabotaged a nuclear power plant would cause one to be viewed in an extremely bad light in any community.*

**Answer.** Another example of Bryan Reo quoting some Reolaw and then lying about Pastor Lindstedt making claims about Reo. Crazed delusional homosexual mongrel ZOGbots who are going to make the NPNPP get chernobylized someday by the Aryan Nations should be viewed in a bad light in the NE Ohio ZOGling whigger ass-clown community and before it gets down to the lawyers eating theys' spawns' nuts they really ought to consider disbarring Bryan Reo.

27

**10.** Bryan Reo statement #16. *The doctrine of collateral estoppel [issue preclusion] operates to preclude the Defendant from being able to relitigate the issue of whether or not the statement(s) already deemed defamatory and false light are indeed defamatory and false light. The underlying issue of substantive defamation as to those statements was already litigated and they were determined to be defamatory and false light via a jury verdict in favor of Plaintiff in June of 2019. Defendant published them again in a slightly modified, but substantially similar, format, in September of 2020. The statements are still defamatory and still false light, because they relate to past events from 2012 and thus the falsity of the statement necessarily has not changed, the statements are Still just as false in 2021 as they were in 2019.*

**Answer.** Bryan Reo is the one making false statements. Then in order to preclude Pastor Lindstedt getting even a ~~lynch mob~~ jury trial claims that its lies cannot be re-examined under some doctrine it wants to apply given that Reo is a public figure ZOGbot acting up before a foreign court absolutely with no jurisdiction any more than Sodom & Gomorrah had. This is Bryan Reo going back to the well for whatever remains of Pastor Lindstedt's and his Aryan Nations Church after 25+ lawsuits which prove positively that the current form of government must be destroyed so that YHWH's Servant Nation of Aryan Christian Israel might survive.

**11.** Bryan Reo statement #17. *Defendant has caused injury to Plaintiff in excess of five-hundred thousand dollars ($750,000.00).*

**ANSWER.** In all the Bryan Reo litigation against Pastor Lindstedt over the better part of a decade in nearly 30 lawsuits Bryan Reo has hidden – with the aid of corrupt federal and state courts – that he is a public figure and an agent provocateur who cannot lawfully sue for defamation and "false light". Rather Pastor Lindstedt attempts to blow the whistle on Bryan Reo and his kind to ordinary whiggers, especially if they are in the Movement. Nor can Bryan Reo answer any question concerning a computation of damages F.R.Civ.P. Rule 26 or give initial disclosures. Reo is aided in this by anti-white ~~lynch mob~~ juries and corrupt judges in corrupt gliberal whigger foreign places such as Northeastern Ohio and South Dakota. All of which means that when the worm turns it shall become necessary to destroy Blue Hive areas like

Northeastern Ohio by taking out ailing mismanaged nuclear power plants without much in the way of security like the NPNPP which did not do due diligence on Bryan Reo before they hired him to work there and only after a series of accidents did a simple google search and found out on Pastor Lindstedt's Aryan Nations web page about Bryan Reo. The easiest way to get free will be to take out NE Ohio by destroying the very source of power they need to keep on running which means destroying nuclear power plant such as NPNPP and letting the radioactive cloud blow over Yankeeland. With South Dakota the entire lawyer, judge, politician and pig classes are exterminated along with theys' families in order to bring about local theocratic military dictatorships upon a continent in which there are no more jews and the non-whites are on reservations or exterminated. Bryan Reo and his ZOGbot friends shall be hunted down and destroyed but Pastor Lindstedt has wanted to reserve Bryan Reo to destroy the NPNPP.

Bryan Reo has cost Pastor Lindstedt and his Aryan Nations Church his entire inheritance in Stanley County of 1806 acres and three years of rental income for $100,000 and $50,000 of whatever was saved up before this persecution got into high gear starting in 2014. Pastor Lindstedt's sister lost $150,000+ and from Sept 27, 2021 to only after Dec. 8, 2022 when the 6th Circuit Court of Appeals reversed and remanded $2.75 million in fraudulent Bryan Reo judgments did she finally talk to Pastor Lindstedt over the phone. She is terrified of Bryan Reo as are many other people. Pastor Lindstedt is utterly impoverished at the present time and eating canned stuff from 2010. However Jesus Christ says for those who follow him to jump for joy for this Satanic persecution for the Faithful shall have rewards in Paradise. And Pastor Lindstedt is head of the Aryan Nations and will get to destroy evil men and regimes and will gain eternal life.

Bryan Reo could have kept the deal he sought but instead decided to keep doing evil. Pastor Lindstedt owes Bryan Reo nothing except seeing his entire family and friends hunted down and

finished off and fed to the dogs and crows – along with the other lawyers, judges, regime criminals and theys' entire families sent screaming to Hell. But Bryan Reo really didn't have a choice because it was whelped as a Satanic golem, a vessel of wrath, to be cast into the fire. So the fighting must continue as YHWH wills it from the Foundation of the World. Pastor Lindstedt has never met a more evil creature than Bryan Reo, a monster which never should have been born.

## V. JURY TRIAL DEMANDED

*Reo-Claim 15. Plaintiff respectfully demands a trial by jury on all of the issues set forth herein that are triable by right. Civ.R. 38.*

**Answer:** Bryan Reo's standard trick is to claim to want a jury trial. So far Reo has preferred tricks and pretexts abusing the Federal Rules of Civil Procedure to file endless Motions to Strike, reminding the Courts that he is the de facto head of the Aryan Nations pretending to be injured as a public figure agent provocateur getting ridiculed and mentioned for being what it is by Pastor Lindstedt's Aryan Nations web pages but being somewhat unable to even put up a hyperlink to the allegedly defamjitory material. The end result is appeals which in the case of the 6th US Circuit Court are reversed and remanded and in the case of South Dakota leads to the Aryan Nations destroying through revolt and exterminating the state government elite when they simply steal Pastor Lindstedt's inheritance. However, an honest judge at some level can terminate the proceedings like James Guinn venue-changing this Bryan Reo civil-lawfare fantasy back to a hostile venue such as WDMo, or the 6th Circuit reversing and remanding or a magistrate judge in Lake County Ohio terminating Bryan Reo's bogus Civil Stalking Protection Order. Pastor Lindstedt prefers for this judge to spare lives in NE Ohio by summarily dismissing this case.

However if this Bryan Reo case does go to trial then by all means let it be by jury. A negro or jew jury does believe very easily that a white man, much less an Aryan Nations pastor & Church will *of course* quantrillize NorthEastern Ohio and then chernobylize the North Perry Nuclear Power Plant (NPNPP) and either put theys' population to the sword or nuclear wasteland death-camp / reservation and then blame Bryan Reo, Reo's entire fambly, and Reo's fellow ZOGbots for stirring the racist white devils up. A gliberal whigger jury on the other hand, won't realize that it is stupid to start a racial & religious 2d Civil War until a radiation-blasted burning (or flushed) city is all around them and they are forced to eat theys' spawns nuts or have them fed feet-first into a wood chipper.

For the past decade or so Pastor Lindstedt has had to deal with Bryan Reo civil lawfare & the only part he regrets is getting his all-AmurriKwan normal sister involved to limit Bryan Reo payoffs. Bring on your jury.

## VI. BRYAN REO's DELUSIONAL & MYTHICAL CAUSES OF ACTION

### COUNT I -- COMMON LAW DEFAMATION

Reo #20 -- *Defendant published false and defamatory statements about Plaintiff to third-parties via the medium of the World Wide Web.*

**Answer:** Bryan Reo makes a sole claim that on Sept 28, 2020 that Pastor Lindstedt made a podcast about Bryan Reo working at the North Perry Nuclear Power Plant and yet doesn't provide a hyperlink to where on Pastor Lindstedt's Aryan Nations web page this occurs so that both Pastor Lindstedt (and others) can hear it. Pastor Lindstedt cannot find this mythical podcast on either his archives or hard drive. Therefore if Bryan Reo cannot even show that such

31

statements exist via the medium of the particular place on the World Wide Web anywhere, much less that Pastor Lindstedt has control over, then of course this Bryan Reo piece of litigation must be dismissed with prejudice and Bryan Reo punished.

If such a recording exists then it would have to be dismissed anyways because it would discuss Bryan Reo as a public figure ZOGbot who has filed nearly 30 cases against Pastor Lindstedt and his Aryan Nations Churchy for civil-lawfare harassment purposes.

**Reo #21** - *Defendant's false and defamatory statements about Plaintiff were made by Defendant without privilege.*

Setting aside that Bryan Reo hasn't shown anything about Pastor Lindstedt's allegedly *"false or defamatory statements"* much less where or when they occurred while referencing some court action where they allegedly occurred, Bryan Reo has a history of lies in this matter. For instance Bryan Reo was trying to delay the first trial in late December 2018 because his trial on the NPNPP matter needed amending and said that he needed to go skiing in Europe in Jan 2019 and buy property in South America. Pastor Lindstedt suggested in his reply motion that Reo visit the "Mengele Clinic" in Paraguay or Brazil where like Michael Jackson he could be whatever he always wanted – to transition into a white woman. This was of course as part of the never ending Reo civil lawfare "privileged" but that didn't stop Bryan Reo civil lawfare in one of his federal lawsuits since remanded. Simply put, Bryan Reo is a ZOGbot liar as a matter of course.

**Reo lie #22** *Defendant acted with at least negligence in making false and defamatory statements about Plaintiff.*

**Reo lie #23** *Defendant failed to act reasonably in attempting to discovery the truth or falsity or defamatory character of Defendant's publication about Plaintiff. Indeed, Defendant had actual knowledge that the statements were false because Defendant not only lost on the merits at the Lake County Trial, Defendant admitted that he had neither a factual nor evidentiary basis to support the alleged veracity of those statements and he relied solely on the legally deficient defense that the First Amendment protects*

32

*defamatory speech.*

**Answer to Reolies #23:** It hasn't been shown that on places which Pastor Lindstedt has any control over such as his Aryan Nations forum or podcast locations that the publication even exists. Bryan Reo is not only negligent in refusing to show that such statements even exist by providing a hyperlink but out and out vicious as a ZOGbot. Bryan Reo claims that because he won before Lake County Ohio regime court that it should win again by default. So there is no evidence whatsoever of Bryan Reo claims yet Reo claims that somehow Pastor Lindstedt should "discovery" the truth of Reo's new claims and "act reasonably" in doing so. Reo then cherry-picks the farcical Lake County trial to make further false allegations.

   **Reo lies #24** -- *Defendant's false and defamatory statements about Plaintiff are defamatory per se insofar as said statements reflect upon the character of Plaintiff by bringing him into ridicule, hatred, or contempt, and affects Plaintiff injuriously in his future trade or profession.*

   **ANSWER:** This is just boiler-plate legal claims by Bryan Reo that his occupation as an agent provocateur using civil-lawfare has the result of making him hated as a government agent taked with destroying the lives, liberty and property of Aryan Nations pastors & churches.

   *Reo lies #24. Defendant's false and defamatory statements about Plaintiff are defamatory per se to the extent that most of the statements in question are allegations or accusations of criminal conduct in violation of various sections in the Ohio Revised Code and the United States Code. Other allegations are defamatory per se to the extent that they accuse the Plaintiff of conduct that is morally reprehensible or would cause him to be viewed in an objectionable manner by his community.*

   **ANSWER:** Reo's behavior as a ZOGbot is condignly allowed by the Federal regime and state regimes of Ohio and South Dakota. In due time these regimes will be overthrown and regime criminals and theys' families hunted down and destroyed. The ordinary ZOGling whiggers will be enslaved under the new military dictatorships and won't dare to complain about the new order of life. Bryan Reo in addition to making a legal statement is whining about how as a regime criminal agent provocateur he is written about in

33

the civil lawfare he created in this case./

**Reolie #25:** *Defendant committed against Plaintiff the common law tort of libel per Se..*

**Answer:** As Pastor Lindstedt explained to a Lake County Magistrate Roll in August 2018 under the *American common-law* when it mattered back in the day, non-white part negroid / jew creatures like Bryan Reo were not allowed to bring about this "civil lawfare" against White Men such as Pastor Lindstedt and every Protestant church in Missouri was fine with slavery and jews were in they's place – even in Ohio. In which case Pastor Lindstedt would have simply claimed Bryan Reo, his mongrel daddy and part injun messed up whore momma and sold Bryan Reo to a homosexual cathouse in New Orleans and Bryan Reo's parents further up the river qand everything would be just fine. "In that case" said the magistrate, "if you say that stuff you would lose all eight jurors." And that is the day Pastor Lindstedt understood the way things are going to be for the foreseeable future.

Pastor Lindstedt has understood since Day 1 before the Lake County Ohio court after the Bryan Reo first federal case in Missouri was dismissed and Bryan Reo was allowed to refile it eight days later on Sept. 2015 that he was going to lose to ZOGbot mongrel Bryan Reo in Northeastern Ohio. Now whether the South Dakota court criminals wanted to be hunted down and skinned out and forced to eat theys' spawns nuts and sodomize theys' daughters for going along with Bryan Reo's and Attorney Konrad's antifa lawfare by giving over Pastor Lindstedt's inheritance and having ordinary South Dakota whiggers enslaved remained to be seen. In Missouri where the average Missouri ZOGling whigger lives and where it matters is quite racist, Bryan Reo would get nowhere. Which is why neither Bryan Reo nor this Ohio federal court wished to let this case be venued before the Western District of Missouri as the much smarter Judge Guinn did in 2014.

As Pastor Lindstedt has tried to explain to Klan whiggers and soverign shitizens over the years since serving as a "common-law" court jury foreman and juror that the English common law was based upon what the King's judges said in order to benefit the king who appointed them and not upon the Law of Moses in the Bible to benefit the commona Adamic man. The Romans in 451 B.C. within 50 years of overthrowing their kings and setting up a Repub[l]ic decided to undo their legal system with its patrician judges making things up and instead set up the 12 Tablets of Roman civil law which was written down and to which the law restrained the judges. Thus in this day of ZOG imperial decline and pre-collapse ZOGbot homosexual mongrel agents provocateur out to destroy the white supremacist religious and racial opposition get to define "common law" which is thoroughly talmudized to support the jewdized legal piracy of the ZOG korts.

Bryan Reo has no lawful claim for a libel that Reo can't/won't even present in his claim.

**COUNT II**
**COMMON LAW INVASION OF PRIVACY - FALSE LIGHT**

**Reo Claim 28.** *Defendant made false and derogatory statements about Plaintiff that Defendant publicized via the medium of the World Wide Web.*

**ANSWER. Again, Bryan Reo must show at a bare minimum where exactly these so-called false & derogatory statements were published on a place on the World Wide Web that Pastor Lindstedt and/or his Aryan Nations Church controls as an ecclesiastical / political publisher. Reo refuses to do so in this case and every other case of the 25-30 Reo has filed.**

**Reo Claims #29-33.**

*Reo Claim #29. The false and derogatory statements made by Defendant about Plaintiff placed Plaintiff before the public in a false light.*

35

*Reo Claim #30 The false and derogatory statements made by Defendant about Plaintiff are highly offensive to a reasonable person.*

*Reo Claim #31 Defendant is at fault and knew or acted with recklessness as to the truth of the statements made by Defendant that concern Plaintiff.*

*Reo Claim #32. As a direct and proximate result of Defendant's statements about Plaintiff, Plaintiff has been and will continue to suffer damages in the form of mental anguish and reputational injury.*

*Reo Claim #33 Defendant committed against Plaintiff the tort of invasion of privacy - false light.*

**ANSWER.** All of the Items #29-33 are on Items based upon which Bryan Reo refuses to show were even published on Pastor Lindstedt's and his Aryan Nation's Church's Web Page. Secondly as a public figure agent provocateur as well as liar working with the state and federal regimes to destroy through civil lawfare Bryan Reo is a plaintiff who isn't allowed to d his job as an agent provocateur and thus to file a lawsuit against Pastor Lindstedt and his Aryan Nations Church.

**COUNT III**
**COMMON LAW INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

**Reo Item 35.** *By and through publishing false statements of fact about Plaintiff to third-parties via the medium of the World Wide Web, Lindstedt engaged in extreme and outrageous conduct.*

**Answer.** Bryan Reo is a public figure agent provocateur working for the Ohio, South Dakota and federal ZOGs (These Satanic Zionist / jew Occupation Governments who use these crazed delusional evil homosexual mongrel Satanic ZOGbots to under color of law destroy YHWH's Servant Nation of Aryan Christian Israel in general cf Daniel Chapter 2 verse 44 and Pastor Lindstedt and his Aryan Nations Church in particular. Thus if this Satanic regime which is running wild to destruction wishes to pretend that it is legitimate then it needs to dismiss this fraudulent and frivolous litigation and disbar Bryan Reo and undo Reo's stealing Pastor Lindstedt's inheritance. In any case, it needs to make Bryan Reo provide a hyperlink to the alleged "extreme outrageous conduct" which in any case Bryan Reo can't sue for even if existent

**COUNT VI - REO WHINING FOR GAG ORDER / PERMANENT INJUNCTION**

Reo Items #40-45

*Reo Item #40. Some or all of the improper and unlawful conduct of Defendant is continuing and will continue in the future absent injunctive relief from the Court. and Plaintiff will continue to be damaged by the same.*

**ANSWER. Bryan Reo cannot show that Pastor Lindstedt has engaged in any improper & unlawful conduct by Reo's deliberate and willful refusal to show where it allegedly occurred in any of its civil complaint made by itself as a public figure agent provocateur before this court of no competent jurisdiction and improper venue. Now Reo is demanding a "gag order" which shows not only his willful wishing as an agent provocateur engaged in civil lawfare against Pastor Lindstedt and his Aryan Nations Church but that this federal court system is so corrupt and tyrannical that it would grant such a prior restraint / gag order against Pastor Lindstedt and his Aryan Nations Church, thus opening up this civil lawfar to open racial & religious civil warfare.**

**REO Item #41** *In the absence of the entry of a permanent injunction by the Court, Plaintiff will suffer serious and irreparable harm and injury. including but not limited to damage to Plaintiffs reputation.*

**ANSWER.** Bryan Reo as a public figure agent provocateur is merely a regime-criminal engaged in civil-lawfare espionage against Pastor Lindstedt, his Aryan Nations Church and YHWH's Servant Nation of Aryan Christian Israel and thus entitled only to extermination along with its family, fellow Foundation for the MarketPlace of Ideas / ZOGbot Poverty [F]Law Center racial traitors, scalawags, ZOGbots and the proper printing medium of theys' Satanic offenses should be theys' dripping pelts nailed in the rubble of ZOG ruins used as refuse pits and public outhouses. Again, no gag order, which in any case only two out of three federal judges went along with in the four reversed & remanded cases.

*Reo Item #42 The entry of a permanent injunction will not unduly harm or burden Defendant because Defendant is required as a matter of law to refrain from tortiously harming Plaintiff's reputation via the World Wide Web.*

**ANSWER. This Satanic homosexual mongrel ZOGbot Bryan Reo hath no shame.**

37

***Reo Item #43.*** *Public policy favors the entry of a permanent injunction because such relief will prevent unlawful conduct and will preserve and protect Plaintiffs reputation from further injury.*

**ANSWER.** Because "Public policy" for the Ohio and federal courts is indistinguishable from

that of Sodom & Gomorrah is why Northeastern Ohio needs to be punished as Sodom &

Gomorrah were by chernobyling the NPNPP and turning Lake Erie into the New Dead Sea and

flushing away Pierre & Ft. Pierre South Dakota never to be rebuilt for theys' Tribe of Benjamin

regime-criminal legal piracy in giving to Reo my property in violation of theys' own law.

**Reo Item #44** Plaintiff has no adequate remedy available at law unless he is expected to continue to file civil actions against Defendant each and every time Defendant further defames Plaintiff. Plaintiff is entitled to a permanent injunction in which Defendant is compelled to remove from the World Wide Web and not republish thereto any and all derogatory materials Defendant or Defendant's agents published there about Plaintiff

**ANSWER.** Bryan Reo and his ZOGbot family and friends were never entitled to anything other

than swift summary justice / extermination for engaging in civil lawfare leading to civil warfare,

along with the entire population for engaging in this treasonous barratry. A gag order for Reo

simply hastens the process of civil warfare as areas of the former ZOGland go theys' own way.

## VI. BRYAN REO'S PRAYER FOR RELIEF

*WHEREFORE, Plaintiff prays that this Court will enter judgment against Defendant Martin Lindstedt in Plaintiffs favor in an amount of money that exceeds five hundred thousand dollars ($500,000.00) for general, compensatory, and special damages, award Plaintiff non-economic damages against Defendant in an amount the Court deems just and proper (Plaintiff seeks $250,000.00 in non-economic damages) [for an aggregate award of $750,000.00 dollars], award Plaintiff all costs associated with maintaining the instant civil action, award Plaintiff all pretrial and post-trial interest on any and all monetary relief awarded to Plaintiff, award Plaintiff injunctive relief by ordering Defendant to remove from the World Wide Web and not republish thereto derogatory or invasive materials about Plaintiff that Defendant or Defendant's agents published about Plaintiff, and will award Plaintiff all other relief to which Plaintiff is entitled as a matter of law or equity.*

**WHEREFORE,** Pastor Martin Lindstedt and his Church of Jesus Christ Christian /

Aryan Nations has written this Answer & Counterclaim showing that Bryan Reo and his family

and friends are simply agents provocateur working for the Satanic criminal regimes of Ohio, South Dakota as well as the federal government in order to destroy YHWH's Servant Nation of Aryan Adamic Christian Israel and thus need to be destroyed root, branch and tender twig in theys' entirety. Bryan Reo has refused since its first of nearly 30 lawsuits since 2014 that it suffered *any* damages whatsoever, refused to in good faith do any Initial Disclosures, to be served with counter-claims, both cannot and will not compute its actual damages, plays legal games and has because of state and federal court corruption stolen Pastor Lindsted's inheritance of 1806+ acres in Stanley County, three entire years of rental income amounting to over $100,000 and at least $50,000 in legal working trying to defend this matter, cost Pastor Lindstedt's sister at least $150,000 plus. This federal court lacks any personal or subject matter jurisdiction and refuses to obey its own federal law concerning venue to the Western District of Missouri. Bryan Reo refuses to show that there is any foundation for its latest lawsuit, refuses to show where it was damaged and that it was damaged whatsoever. As a public figure agent provocateur it is enjoined from filing this or any state or federal lawsuit.

Rather, what needs to happen and which will happen is that eventually these state and federal regimes will be overthrown and abolished, their officials and theys' families hunted down and exterminated or at the least enslaved and sterilized for theys' crimes against the Aryan Israelite Peoples after much civil warfare leading to a Great Tribulation and decentralized theocratic local military dictatorships.

For this case Pastor Lindstedt demands that this latest Bryan Reo lawsuit be dismissed or sent to Missouri, that Pastor Lindstedt gets $6 million and his inheritance back from Bryan Reo and his lawyer friends, and that these criminal regimes recognize the justice of what is about to happen to them in this current 2d Civil War.

Hail Victory!!!

/S/. Pastor Martin Lindstedt
Defendant,, First Servant of YHWH's Servant Nation of Aryan Christian Israel
Pastor, Church of Jesus Christ Christian/Aryan Nations of Missouri
338 Rabbit Track Road, Granby Missouri 64844

## Certificate of Service

I, Pastor Martin Lindstedt sent by US postage on Jan 21, 2023 this Answer & Counter-Claim Motion to the Clerk of Courts, Carl B. Stokes U.S. Courthouse, 801 US Courthouse, 801 West Superior Avenue, Cleveland Ohio, 44113. A copy to be file-stamped and returned was sent as well because Pastor Lindstedt cannot afford certified or tracking mail.

A copy of this Motion was sent by US postage on Jan 21, 2023 to Bryan Reo, P.O. Box 5100, Mentor. Ohio. 44061. An e-mail shall be sent later to Reo as Reo is ahead of the OODA loop.