UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRYAN ANTHONY REO, | ) | CASE NO. 1:21-CV-1809 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| MARTIN LINDSTEDT, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

On July 20, 2023, the Court stayed this matter until related litigation in *Reo v. Lindstedt*, Lead Case No. 1:19-cv-2103 reached a final judgment. (Non-Document Order (7/20/2023).) That case was tried to a jury and a verdict was rendered on November 8, 2024. (*Reo v. Lindstedt*, No. 1:19-cv-2103, Doc. 230.)

On February 28, 2025, this Court scheduled a telephonic status conference for April 15, 2025. (Non-Document Order (2/28/2025).) The Court's Order scheduling the status conference was mailed to Defendant the same day at 338 Rabbit Track Road, Granby, MO 64844, the address of record for Defendant. The Court also sent dial-in information for the status conference a week prior to the conference to the same address. The Court did not receive any return mail for these communications.

Plaintiff attended the April 15, 2025 telephonic status conference. Defendant did not. Defendant did not seek a continuance of the status conference. Nor was Defendant's appearance excused. In light of Defendant's failure to attend, the Court cancelled the status conference.

Defendant is hereby **ORDERED** to appear on April 29, 2025, at 10:30 a.m. EST, in Courtroom 15B of the Carl B. Stokes U.S. Courthouse, 801 West Superior Avenue, Cleveland, Ohio 44113, to show cause as to why he did not appear at the status conference as ordered. The

Court will notify Defendant of this order via certified mail to the address previously used, as well as an email address Plaintiff provided and which Plaintiff represented has been used to communicate with Defendant (Pastorlindstedt@gmail.com).  Plaintiff's appearance is mandatory as well.

With this Order, Defendant is now on notice that his failure to appear in person on April 29, 2025, at 10:30 a.m. EST, in Courtroom 15B will result in sanctions, including an entry of default on Plaintiff's claims and dismissal *with prejudice* of Defendant's counterclaims for failure to prosecute.

**IT IS SO ORDERED.**

Date:  April 15, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE